IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **KEVIN OMAR MATÍAS-ROSELLÓ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>Plaintiffs<br><br>v.<br><br>**EPOCH LLC; FOT INVESTMENTS LLC D/B/A DOMINO'S PIZZA; CLUTCH CONSULTING, LLC**<br><br>Defendants | **CIVIL NO.: 3:19-cv-01307-SCC-BJM**<br><br>**FAIR LABOR STANDARDS ACT**<br><br>**JURY TRIAL DEMANDED** |

**EPOCH LLC'S AND FOT INVESTMENTS LLC'S STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**TO THE HONORABLE COURT:**

**COME NOW** Defendants **EPOCH LLC** and **FOT INVESTMENTS LLC**, through the undersigned attorneys and in compliance with Local Rule 56(b), present their Separate Supporting Statements of Uncontested Material Facts:

1. Epoch LLC is the master franchisee of Domino's Pizza in Puerto Rico. (**EXHIBIT 1** – *Epoch LLC's Answers to Plaintiff's First Set of Interrogatories*, Answer to Interrogatory No. 3 at page 3).

2. Epoch LLC does not have any employees. (**EXHIBIT 1** – *Epoch LLC's Answers to Plaintiff's First Set of Interrogatories*, Answer to Interrogatory No. 6 at page 4; **EXHIBIT 2** – *Epoch LLC's Answers and/or Objections to Request for Admissions*, Answer to Request No. 1 at page 2).

1

3. Epoch LLC did not employ Mr. Matías-Roselló. (**EXHIBIT 1** – *Epoch LLC's Answers to Plaintiff's First Set of Interrogatories*, Answer to Interrogatory No. 7 at page 4).

4. FOT Investments LLC is a sub-franchisee of Domino's Pizza since February 27, 2017. (**EXHIBIT 3** - *FOT Investments LLC's Answers to Plaintiff's First Set of Interrogatories*, Answer to Interrogatory No. 5 at page 3).

5. Mr. Matías-Roselló was hired by FOT Investments LLC on February 15, 2017 and started working on February 27, 2017 as a delivery driver. (**EXHIBIT 4** - *Employment Contract as Delivery Driver for FOT Investments LLC*; **EXHIBIT 5** - *FOT Investments LLC's Answers and/or Objections to Request for Admissions*, Answer No. 1 at page 2).

6. Mr. Matías-Rosello was a part-time employee. (**EXHIBIT 4** - *Employment Contract as Delivery Driver for FOT Investments LLC*).

7. Mr. Matías-Roselló was stationed in the Mayaguez store as his principal job post. (**EXHIBIT 6** – *Deposition* at page 37 lines 12-25; page 38 line 1).

8. He was also casually stationed in the Ponce and Yauco stores. (**EXHIBIT 6** – *Deposition* at page 37 lines 12-25; page 38 lines 1).

9. Mr. Matías-Roselló was paid $7.25 per hour, plus $1 per delivery. (**EXHIBIT 6** – *Deposition* at page 55 lines 1-6; page 64 lines 10-17; page 65 lines 12-20). See also Docket No. 11, p. 3, answer to paragraph 16 of the Complaint.

10. Mr. Matías-Roselló did not have to report the tips received from the customers to FOT Investments LLC. (**EXHIBIT 6** – *Deposition* at page 83 lines 11-15).

11. FOT Investments LLC did not retain any tips from Mr. Matías-Roselló and did not take a tip-credit against his hourly rate. (**EXHIBIT 6** – *Deposition* at page 83 lines 11-20).

12. Mr. Matías-Roselló did not share his tips with any other drivers or employees from FOT Investments LLC. (**EXHIBIT 6** – *Deposition* at page 83 lines 11-20).

13. Mr. Matías-Roselló received tips from the clients; however, he does not have a record of how many tips he received per week. (**EXHIBIT 6** – *Deposition* at page 72 lines 5-17).

14. From the period of March 10, 2017 to December 29, 2017, Mr. Matías-Roselló was paid a total of $8,858.35 for 1,159.10 hours worked at the rate of $7.25 per hour, plus 3.09 hours' Time and Half, 48.10 hours for Meal Penalty, and 10 Vacation Hours. (**EXHIBIT 7** – *Mr. Matías-Roselló's Payroll Register for 2017* at page 12).

15. From the period of January 5, 2018 to December 28, 2018, Mr. Matías-Roselló was paid a total of $11,768.62 for 1,439.56 hours worked at the rate of $7.25 per hour, plus 12.76 hours' Time and Half, 51.79 hours for Meal Penalty, 24 Vacation Hours, 6 Sick Hours, and a Bonus of $600.00. (**EXHIBIT 8** – *Mr. Matías-Roselló's Payroll Register for 2018* at page 16).

16. From the period of January 4, 2019 to October 11, 2019, Mr. Matías-Roselló was paid a total of $5,695.68 for 719.94 hours worked at the rate of $7.25 per hour, plus 1.73 hours' Time and Half, 5.83 hours for Meal Penalty, and 57.25 Vacation Hours. (**EXHIBIT 9** – *Mr. Matías-Roselló's Payroll Register for 2019* at page 11).

17. Mr. Matías-Rosello's was paid a total of $3,187.00 for 3,126 deliveries made at the Mayaguez Store. (**EXHIBIT 10** – *Consolidated Summary for 11674 Location* (Mayaguez Store)).

18. Mr. Matías-Rosello's was paid a total of $93.00 for 74 deliveries made at the Ponce Store. (**EXHIBIT 11** –*Consolidated Summary for 11677 Location* (Ponce Store)).

19. Mr. Matías-Roselló's was paid a total of $173.00 for 170 deliveries made at the Yauco Store. (**EXHIBIT 12** –*Consolidated Summary for 11694 Location* (Yauco Store)).

20. Mr. Matías-Roselló resigned from his employment at FOT Investments LLC on October 6, 2019. (**EXHIBIT 13** –*Letter of Resignation dated October 6, 2019*).

21. Mr. Matías-Roselló does not recall the allegations of the Complaint. (**EXHIBIT 6** –*Deposition* at page 12 lines 19-21).

22. Mr. Matías-Roselló has not discussed any of the allegations of the Complaint with any other purported class members. (**EXHIBIT 6** – *Deposition* at page 41 lines 17-21, page 42 lines 5-13)

23. Mr. Matías-Roselló does not have any record of his car expenses while making deliveries, including tires, brakes, and gas. (**EXHIBIT 6** –*Deposition* at page 61 lines 12; page 62 lines 2.; page lines 8-11).

24. Mr. Matías-Roselló does not have any records of the distances that he traveled while making the deliveries. (**EXHIBIT 6** –*Deposition* at page 66 lines 19-25; page 67 lines 1-8).

25. Mr. Matías-Roselló did not consult or hire an expert to calculate his actual vehicle expenses in support of his claims. (**EXHIBIT 6** – *Deposition* page 87 lines 2-5).

**WEREFORE**, **EPOCH LLC** and **FOT INVESTMENTS LLC** respectfully request that the foregoing facts be deemed uncontested and that summary judgment be entered in their favor.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 20th day of May, 2021.

| | |
|---|---|
| **VICENTE & CUEBAS** <br> **P.O. Box 11609** <br> **San Juan, P.R. 00910-1609** <br> **Phone (787) 751-8000** <br> **Fax (787) 756-5250** <br><br> *s/ Harold D. Vicente* <br> **Harold D. Vicente** <br> USDC-PR 117711 <br> E-Mail: *hvicente@vclawpr.com* <br> *pochart@vclawpr.com* <br><br> *s/ Harold D. Vicente-Colón* <br> **Harold D. Vicente Colón** <br> USDC-PR 211805 <br> E-Mail: *hdvc@vclawpr.com* | **BAERGA & QUINTANA** <br> **416 Ave. Ponce de León** <br> **Edif. Union Plaza, Ofic. 810** <br> **San Juan, Puerto Rico 00918-3426** <br> **Tel.: (787) 753-7455** <br> **Fax: (787) 756-5796** <br><br> *s/ Reynaldo A. Quintana Latorre* <br> **Reynaldo A. Quintana Latorre, Esq.** <br> USDC-PR 211104 <br> *rquintana@bqlawoffices.com* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **KEVIN OMAR MATÍAS-ROSELLÓ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>　Plaintiffs<br><br>v.<br><br>**EPOCH LLC; FOT INVESTMENTS LLC D/B/A DOMINO'S PIZZA; CLUTCH CONSULTING, LLC**<br><br>　Defendants | **CIVIL NO.:  3:19-cv-01307-SCC-BJM**<br><br>**FAIR LABOR STANDARDS ACT**<br><br>**JURY TRIAL DEMANDED** |

## LIST OF EXHIBITS

1. **EXHIBIT 1** – EPOCH LLC's Answers to Plaintiff's First Set of Interrogatories
2. **EXHIBIT 2** – EPOCH LLC's Answers and/or Objections to Request for Admissions
3. **EXHIBIT 3** – FOT Investments LLC's Answers to Plaintiff's First Set of Interrogatiories
4. **EXHIBIT 4** – Kevin Matías-Roselló's Employment Contract as Delivery Driver for FOT Investments LLC
5. **EXHIBIT 5** – FOT Investments LLC's Answers and/or Objections to Request for Admissions
6. **EXHIBIT 6** – Kevin Matías-Roselló's Deposition taken on March 17, 2021
7. **EXHIBIT 7** – Kevin Matías-Roselló's Payroll Register for 2017
8. **EXHIBIT 8** – Kevin Matías-Roselló's Payroll Register for 2018
9. **EXHIBIT 9** – Kevin Matías-Roselló's Payroll Register for 2019
10. **EXHIBIT 10** – Consolidated Summary for 11674 Location (Mayagüez Store)

11. **EXHIBIT 11** – Consolidated Summary for 11677 Location (Ponce Store)

12. **EXHIBIT 12** – Consolidated Summary for 11694 Location (Yauco Store)

13. **EXHIBIT 13** – Kevin Matías-Roselló's Letter of Resignation dated on October 6, 2019