FOT INVESTMENTS LLC DELIVERY SERVICE DRIVER
EMPLOYMENT AGREEMENT

This is a part-time employment agreement in the position of Delivery Service Driver for Domino's store, between FOT Investments LLC and employee *Kevin O. Matías* with social security XXX-XX-*6009*. By virtue of this agreement, the employee will start at our company on February 27, 2017, with a salary of *7.25* per hour. Copy of his duties are attached hereto in the form of a job description.

That there will be no change as to his status and seniority and he will remain with his benefits acquired under his previous employer.

It shall be the duty of the employee to comply with all work instructions, rules and regulations provided to him. Although his initial duties and work schedules shall include those related to the position for which he has been hired, from time to time, for a limited or indefinite period of time, his duties and/or work schedule may vary.

In witness whereof the parties hereto have signed this agreement in San Juan, Puerto Rico, today *February 15, 2017*.

_____[Signature]_____                    _____
Signature of Employee                             Signature of Supervisor


_____[Signature]_____
Signature of Employer

### No. 2021-084  TRANSLATOR'S CERTIFICATE OF ACCURACY

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein.  This document is comprised of Two (2) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Thursday, May 20, 2021.

Lcda. Mayra Cardona
BA Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com