**EXHIBIT 6**

IN THE CIRCUIT UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

KEVIN OMAR MATÍAS-ROSELLÓ,     *     CIVIL NO. 3:19-CV-01307 (ADC)
INDIVIDUALLY AND ON BEHALF     *
OF ALL OTHERS SIMILARLY        *     FAIR LABOR STANDARDS ACT
SITUATED                       *
                               *     JURY TRIAL DEMANDED
        Plaintiffs,            *
                               *
            vs.                *
                               *
EPOCH LLC; FOT INVESTMENTS      *
LLC D/B/A DOMINO'S PIZZA;       *
CLUTCH CONSULTING, LLC          *
                               *
        Defendants              *
_____ *

DEPOSITION OF MR. KEVIN OMAR MATÍAS ROSELLÓ

DATE      :   March 17, 2021

TIME      :   2:00 P.M.

CLIENT    :   VICENTE & CUEBAS

ADDRESS   :   Capital Center Building I
              Penthouse I, Suite 1201
              San Juan, Puerto Rico

HELD AT   :   Remote Service

APPEARANCES

FOR PLAINTIFFS:

    Francisco Colón Ramírez, Esq.

FOR DEFENDANTS:

    Harold D. Vicente Colón, Esq.

1    NOTARY PUBLIC:

2        Reynaldo Quintana Latorre, Esq.

3    DEPONENT:

4        Mr. Kevin Omar Matías Roselló

5    INTERPRETER:

6        Mrs. Raquel Holcman

7    COURT REPORTER:

8        Mr. Jorge E. Cuadrado López

9                        * * *

10                     PROCEEDINGS

11                        * * *

12                                          (2:00 p.m.)

13   MR. VICENTE:

14       This case Civil Number 19-1307, caption Kevin Omar

15   Matías Roselló, et al versus Epoch, LLC, et al.  We are

16   here for the taking of the deposition of the plaintiff

17   Kevin Matías.

18       We have, off the record, given Kevin some

19   instructions since we are using a translator to assist us

20   in the taking of this deposition.

21       One of the, my co-counsels will act as a notary for

22   the taking of the oaths of the court reporter, the

23   translator, and the deponent, Mr. Reynaldo Quintana.

24   MR. QUINTANA:

25       Do you want me to go over there?

1   MR. VICENTE:

2       'Sí, sí, sí'.  And with that said, Rey will join us

3   here in a minute to have his face in the camera.

4                          OATHS

5   MR. QUINTANA:

6       Hi!  Let's begin with Mr. Kevin Omar Matías.  Right?

7   DEPONENT:

8       Yes.

9   MR. QUINTANA:

10      Yes, please raise your right hand.  Do you solemnly

11  swear to answer truthfully all of the questions you're

12  going to be asked in this deposition?

13  DEPONENT:

14      Yes.

15  MR. QUINTANA:

16      Okay.  Let's do the... Ah, Raquel.  Please state

17  your name for the record.  Do you solemnly swear to...

18  Ah, your name for the record.

19  INTERPRETER:

20      Yes, Raquel Holcman.

21  MR. QUINTANA:

22      She's the translator.  Right?

23  MR. VICENTE:

24      Yes.

25

4

1    INTERPRETER:

2        Yes.

3    MR. QUINTANA:

4        Okay.  Do you swear to translate truthfully all of

5    the questions and answers that are going to be given in

6    the deposition?

7    MS. HOLCMAN:

8        I swear.

9    MR. QUINTANA:

10       Okay.  And the Crespo & Rodríguez.  Right?  Please

11   state your name for the record.

12   COURT REPORTER:

13       Jorge E. Cuadrado López for Crespo & Rodríguez, Inc.

14   MR. QUINTANA:

15       Do you solemnly swear that the transcription will

16   reflect the answers given today in the deposition?

17   COURT REPORTER:

18       Yes.

19   MR. VICENTE:

20       Alright.  Thank you, Rey.

21       Jorge, there seems to be a delay when you start

22   speaking.  We don't catch what you say until like a few

23   seconds later.  It's very, very weird.  When you said your

24   name, we didn't hear Jorge, we heard your last name.

25

1    COURT REPORTER:

2        I think it's the connection.  Let me...

3    MR. VICENTE:

4        Okay.  Now it's working fine, but it looks like when

5    it switches back and forth from one speaker to another,

6    you have a slight delay.  So, we're ready to commence.

7    Jorge, go ahead.

8    COURT REPORTER:

9        And what's the name of attorney...

10   MR. VICENTE:

11       Reynaldo Quintana.

12   MR. QUINTANA:

13       R-E-Y-N-A-L-D-O.  I think it's on the record.

14   COURT REPORTER:

15       Thank you.

16   MR. VICENTE:

17       Okay.  Jorge, you've been recording the video?

18   COURT REPORTER:

19       Yes, yes.

20   MR. VICENTE:

21       So, it's set up to record, because I don't see it

22   here as recording, at least on my screen it does not

23   appear as if it's recording.

24   COURT REPORTER:

25       It's in the, up left it's recording.  Yes.

1    MR. VICENTE:

2        It is?

3    COURT REPORTER:

4        Yes.

5    MR. VICENTE:

6        Okay.  And one more question I have for you.  If I

7    need to put up any documents up on the screen so that

8    Kevin can see them, you will give me access or

9    authorization to put them up.  Correct?

10   COURT REPORTER:

11       Yes.

12   MR. VICENTE:

13       Alright.  So, let's get started.

14       Alright, Kevin, if you don't understand anything I

15   say to you, or pose to you in questions, please let me

16   know.   It's very important that you understand the

17   questions so that the answers you give us are true and

18   correct, and respond to what I'm asking you.  Okay?  So,

19   don't be afraid to, you know, wave or say: "Time out.  I

20   don't understand that."  And I'll try to clarify it, or

21   Raquel will try to translate for you to understand.

22   Alright?  And if you need a break, just let us know, and

23   I will take a break, and you can use the bathroom or

24   whatever you need.  Okay?

25

1    DEPONENT:

2        Okay.

3    MR. VICENTE:

4        Alright, Kevin, say your full name again for the

5    record, please.

6    DEPONENT:

7        Kevin Omar Matías Roselló.

8    MR. VICENTE:

9        Okay.  We will be providing you with a copy, through

10   your attorney with a copy of the transcript, which is

11   going to look like a little pamphlet, it's going to have

12   all of the questions, plus all of your answers, and you

13   will have thirty days to review it, and tell us if you

14   have any corrections to be made to that transcript, if for

15   some reason you understand something that is transcribed

16   is not true and correct to what you stated in the

17   deposition.  Alright?

18   DEPONENT:

19       Okay.  Nice.

20   MR. VICENTE:

21       Alright.

22                         STIPULATIONS

23   MR. VICENTE:

24       And Cisco, I suppose you agree to raise any

25   objections during the hearing and reserve them for that

1    time, we will continue the deposition to try to go as

2    smooth as possible.  Right?

3    MR. COLÓN:

4         Yes, so, just to understand.  He will have thirty

5    days to notify any corrections as allowed by the Rules.

6    And any objections not made today are not deemed waived.

7    Correct?

8    MR. VICENTE:

9         Correct.

10   MR. COLÓN:

11        Okay.  Then we agree.

12   MR. VICENTE:

13        Okay.

14        (Whereupon,

15                 KEVIN OMAR MATÍAS ROSELLÓ,

16   was called as a witness, and after having been duly sworn,

17   was examined and testified as follows:)

18                 DIRECT EXAMINATION

19   BY MR. VICENTE:

20        Q    So, Kevin, do you have any conditions that may

21   impair your recollection?

22        A    Conditions?  Health conditions?

23        Q    Yeah, anything that you believe may impair your

24   recollection of facts, that may hamper your ability to,

25   you know, recollect any facts or situations that we may be

1   discussing from your employment at Domino's which was, you

2   know, as you know it's going to be several months if close

3   to a year ago.  Right?

4        A    Uh-huh.

5        Q    Do you have anything that will impair your

6   recollection?

7        A    No, no.

8        Q    No.  Okay.  So, what did you do, if anything, in

9   order to prepare to come here for this deposition and

10  respond to questions that are going to be posed to you, if

11  anything?

12       A    Again?  I'm sorry?

13       Q    Did you not understand my question?

14       A    No, I didn't understand.

15       Q    I'm going to repeat it, and if you don't

16  understand it, Raquel can translate it.

17       A    Okay.

18       Q    What, if anything, did you do in order to

19  prepare to come to this deposition and give answers to the

20  questions I am going to pose to you?

21       A    Translate, please, I'm sorry.  What did I do?

22  Well, I tried to study everything that I spoke with my

23  lawyer about to see if we can get to some sort of an

24  agreement about what we had been discussing.  But what

25  exactly did I do?

1   Q   Okay, so...  Do you need to say anything else?

2   A   No.

3   Q   No.  Okay.  So, did you meet with your lawyers?

4   A   Yeah.

5   Q   Okay.  Did you review any documents?

6   A   Only the document that I was sent.

7   Q   What document is that?

8   A   The trial, the Fair Labor Standards Act, no more

9   papers.

10   Q   I'm sorry?  You said, you said you reviewed the

11   Fair Labor Standards Act?

12   A   Yeah.

13   Q   Do you have it in front of you?

14   MR. COLÓN:

15       Yeah, hold it up.

16   DEPONENT:

17       Yeah.  Uh-huh.

18   MR. VICENTE:

19   Q   Okay.   So,   that's   the   First   Set   of

20   Interrogatories and Request for Production of Documents?

21   MR. COLÓN:

22       Those are the answers.

23   DEPONENT:

24       Yeah.

25

1    MR. VICENTE:

2         Q    Can you hold it up, again, Kevin?

3         A    Okay.

4         Q    Okay.  So, that's...  Hold on a minute, Cisco.

5    That's not the same document you showed before.

6         A    I have two documents.  Okay.  This is the

7    Answers to the Interrogatories.

8         Q    Okay.  That's the Answers to Interrogatories.

9         A    The First Set of Interrogatories Request.

10        Q    That's the First Set of Interrogatories and

11   Request for Production of Documents.  Okay.

12        A    Okay.  I only have these two papers.

13        Q    Alright.

14        A    And my answers are on this paper.

15        Q    Okay.  Now, I got it.  Alright.  So, those are

16   the only two documents that you reviewed in preparation

17   for this deposition?

18        A    Yeah, because my answers are on the second page,

19   on the second paper.  Yeah.

20        Q    Okay.  Did you review the Complaint?

21        A    No.  I read it but when I contacted my lawyer,

22   it was like three years ago.  It came with Hurricane María

23   and all of that, and I didn't have like transportation to,

24   at the moment, to see him and to have all the sets of

25   questions that I was having.  But I really haven't read

1    this recently.  I read it a long time ago.

2          Q    Okay.

3          A    When it first started.

4          Q    Alright.  But you do recall some time ago having

5    read a document titled "Complaint"?

6          A    No, no.

7          Q    No?  Okay.  Did you ever read any document

8    presented to you by your lawyers that would reflect the

9    allegations you're raising in this case?

10         A    I can't recall to that.  Can you repeat the

11   question?

12         Q    Do you recall ever reading a document that would

13   reflect the allegations you have raised in this case?

14         A    Yes.

15         Q    Yes.  Typically, that is called a Complaint.

16   And that was the question, whether you recalled having

17   read the Complaint, which is the original document that is

18   sent to the Court to start this proceeding, this case.

19         A    Okay.  Yeah, yeah, I read it, but that was a

20   long time ago.  But I really don't recall what I read.

21   Yeah.

22         Q    Okay.  Okay.  And do you recall reviewing any

23   other document other than the two documents you have in

24   front of you, and many years ago, or sometime ago, the

25   Complaint?

1      A    Yeah.

2      Q    Do you recall any other document?  That's my

3  question.

4      A    No, no.

5      Q    No.  Alright.  Have you ever been accused of

6  perjury, or false statements, or having declared false

7  statements?

8      A    No.

9      Q    No.  Have you ever been accused of any, ¿'cómo

10  se dice delito en inglés'?

11  MR. COLÓN:

12      Felony.

13  INTERPRETER:

14      Crime.

15  MR. VICENTE:

16      Q    Have you ever been accused of any felony or

17  crime?

18      A    No.

19      Q    No.  Have you ever been...  Other than this

20  case, have you ever been a plaintiff or a claimant in any

21  other type of proceeding, civil proceeding?

22      A    No.

23      Q    No.

24      A    I was once asked for a jury, but I didn't...

25  That was a time I was in Orlando.

1     Q     Okay.  So, you were called for jury duty.  Is
2     that what you're saying?
3     A     I think so, yeah.  There was some mail with my
4     name on it, and when I was in Orlando, yeah.
5     Q     Okay.  That was when you were living in Orlando?
6     A     Yeah.
7     Q     And in what year was that, Kevin?
8     A     Two thousand fifteen, fourteen.
9     Q     Okay.  And did you serve on the jury?  Were you
10    selected as a jury member?
11    A     I didn't go.  I didn't answer the post, because
12    I think it's like wrong mail.  I didn't answer.
13    Q     You didn't?
14    A     I think it was fraud.
15    Q     Oh, okay.  So, you did not answer the letter
16    requesting to be a juror...
17    A     No.
18    Q     ...because you believed it was a fraudulent
19    letter?
20    A     Yes.
21    Q     Okay.  Have you ever been a witness in any other
22    proceeding?
23    A     No.
24    Q     No.  Okay.  So, let's, let me get a little bit
25    of background from you.  What kind of educational

1    background do you have?  Do you have a high school diploma

2    or any other formal education?

3         A    Yeah, diploma GED, and that's about it.

4         Q    So, you have a general education degree.

5         A    Yeah.

6         Q    Okay.  You did not finish high school?

7         A    No.

8         Q    Okay.  And were you living in Puerto Rico when

9    you received your GED?

10        A    Yeah, in Mayagüez, Puerto Rico.

11        Q    And what year was that?

12        A    Two thousand twelve, yeah, I think so, yeah.

13        Q    Okay.  What is your age?

14        A    Twenty-seven.

15        Q    You're twenty-seven years old?

16        A    Yeah.

17        Q    Okay.  What was your date of birth?

18        A    In 01-28-1994.

19        Q    Okay.  And were you born in Puerto Rico?

20        A    Yeah, Mayagüez, Puerto Rico.

21        Q    Other than the GED, do you have any other formal

22    education?

23        A    No, no, that's about it.

24        Q    No vocational schools or any other?

25        A    No, I went to, the last school was a vocational

1   school, but I didn't finish.  It was problems of health

2   with my mom and I couldn't finish.

3        Q    Okay.  And what did you start?  What kind of

4   vocational school did you start?

5        A    Like...  You mean the school?

6        Q    Yeah.  What were you studying for that you

7   stopped?

8        A    Okay.  Barber.

9        Q    Barber?

10       A    Yeah, yeah.

11       Q    And where was that?

12       A    That was at Dr. Pedro Perea Fajardo, Mayagüez,

13  Puerto Rico.

14  COURT REPORTER:

15       Can you repeat that?

16  DEPONENT:

17       I'm sorry?  What?

18  COURT REPORTER:

19       Can you repeat that?

20  DEPONENT:

21       'Repetir' what?

22  COURT REPORTER:

23       The name of the school.

24  DEPONENT:

25       Oh, Dr. Pedro Perea Fajardo.

1    MR. VICENTE:

2        Did you get that, Jorge?

3    COURT REPORTER:

4        Yes.

5    MR. VICENTE:

6        Okay.

7        Q    Currently, Kevin, are you employed currently?

8        A    No.

9        Q    No.  You're unemployed?

10       A    Yeah.

11       Q    And where are you currently living?

12       A    In Mayagüez, Puerto Rico.

13       Q    Are you living with your family?

14       A    No, I live alone.  Do you need a physical

15   direction?

16       Q    Yes.

17       A    Road 351, Kilometer 4.0, 'Camino El Italiano',

18   Mayagüez, Puerto Rico 00681.

19       Q    Okay.  And...

20       A    Can I add up to that, that that address is the

21   address that they asked me when they first sent me this

22   document.  I'm currently not living in this one, I'm

23   telling you the direction that says from the time that I

24   was sent the document.  But if you want the new one?

25       Q    Yes.

```
 1        A    Okay. It's Villas Centroamericanas, Intersection
 2   64, Apartment 9, Mayagüez 00680.
 3        Q    And you live there alone?
 4        A    Yeah, I live there alone.
 5        Q    Okay.  So, what was your...  Starting from the
 6   latest employment that you had, what was your last one?
 7        A    My last one?  Marco's Pizza in Coto Laurel,
 8   Ponce.
 9        Q    Marco's?
10        A    'Sí'.
11        Q    And what were your duties or responsibilities
12   there?
13        A    Delivery driver and pizza maker, and make line.
14   That's about it.
15        Q    Okay.  So, you were delivery driver and what?
16        A    Make  line,  that's  a,  delivery  driver  and
17   assistant and make line.  I worked on the line, I was an
18   assistant on the line.
19        Q    Okay.
20        A    It's another position.
21        Q    Okay.  So, you were delivery driver and as an
22   assistant on the food preparation line?
23        A    Yeah.
24        Q    Okay.  And when did you stop working at Marco's
25   Pizza?
```

1         A     On March 6th.

2         Q     March 6th as in ten days ago, eleven days ago?

3         A     No, last year, when the COVID started.

4         Q     Okay.

5         A     Yeah.

6         Q     So, March 6, 2020?

7         A     Yeah.

8         Q     Okay.  And when did you begin working there?

9         A     On my day, on my birthday, 28th of January,

10   2020.

11        Q     Okay.  So, you worked there maybe two months,

12   two months and a half?  Right?  Not even, you worked all

13   of February and six days of March, a month and a half.  Is

14   that right?

15        A     Uh-huh.

16        Q     You have to answer yes or no.

17        A     Yes.

18        Q     Yes.  Okay.  And why did you stop working at

19   Marco's Pizza?

20        A     They told me that because of the 'pandemia',

21   they didn't have like all the hours that I was able to

22   work, and they had like other employees, older employees,

23   that they had the hours, and they let me off because of

24   the 'pandemia'.

25        Q     Okay.

1    A    Yeah.

2    Q    Hold on a second.

3    A    Okay.

4    Q    What was your salary at Marco's Pizza?

5    A    It was $7.25.

6    Q    Uh-huh.  Is that it?

7    A    Yeah.

8    Q    You had no other type of compensation there?

9    A    And the money that we made doing the deliveries,

10   I think is $1.00.

11   Q    One dollar for what?

12   A    Per trip, per delivery.

13   Q    Okay.  Any other compensation that you received?

14   A    No.

15   Q    No.  Prior to starting that work on January 28,

16   2020, where did you work?

17   A    At Domino's.

18   Q    You worked for Domino's prior to that?

19   A    Yeah.  You mean "prior" like 'antes'?

20   Q    Yeah...

21   A    Yeah.

22   Q    ...before Marco's Pizza.

23   A    Okay, yeah.  Yeah, Domino's.  I went to a job

24   interview, and I worked like a month in Burger King, but

25   I didn't like, I didn't pull it off.  But uninterruptedly,

1    in Domino's Pizza.

2         Q    Okay.  So, you went to an interview at Burger

3    King, and did you perform work for them for a month, you

4    said?

5         A    Yeah.

6         Q    Okay.  So, you worked for one month?

7         A    It was like a training, yeah, but I didn't pass

8    it.

9         Q    Did they tell you why you did not pass the

10   training?

11        A    No.

12        Q    They didn't give you a reason?

13        A    No.

14        Q    They just said: "You didn't pass.  Thank you

15   very much.  Thank you for coming."

16        A    Yeah, and give me the work clothes.

17        Q    The what?

18        A    And give me back the work clothes.

19        Q    The work clothing?

20        A    The uniform, yeah.

21        Q    The uniform.  Okay.

22        A    Yeah.

23        Q    And do you remember what month it was that you

24   worked at Burger King?

25        A    No.  No, I don't recall that, no.  I don't

1    remember.  Maybe it's from the time I went from October to

2    January, but I don't remember the month.

3         Q    Alright.  So, you do recall having left your

4    work at Domino's in October of 2019.  Right?

5         A    Yeah, I sent a resignation letter.

6         Q    Uh-huh.

7         A    Yeah, I sent it.

8         Q    Okay.  Alright.

9         A    A letter of resignation.

10        Q    So, do you recall the date you sent that letter

11   of resignation?

12        A    I know it was in October, I think it was on

13   October 6.

14        Q    Yes, that's my recollection.  You sent a

15   resignation on October 6.  Right?

16        A    Uh-huh.

17        Q    Is that your recollection?

18        A    Yeah.

19        Q    Alright.  So, sometime between October 6 and

20   January 28, you went to a training at Burger King and

21   worked with them for one month.

22        A    Uh-huh.  Yes.

23        Q    Alright.  You do not recall if it was November

24   or December.

25        A    No, I don't recall.

1      Q   Alright.  And what kind of a position were you

2  training for at Burger King?

3      A   Kitchen.

4      Q   Huh?

5      A   Kitchen, 'cocina'.

6      Q   Kitchen?

7      A   Yeah.

8      Q   Alright.  So, let's talk about your work at

9  Domino's Pizza.  You recall having sent a resignation

10  letter on October 6, 2019.

11      A   Yeah.

12      Q   Yes.  Do you recall the reasons why you resigned

13  from your work at Domino's Pizza?

14      A   Can you ask that again, please?

15      Q   Do you recall the reasons you gave Domino's

16  Pizza in your letter for resigning your work?

17      A   Not exactly, no.

18      Q   Not exactly?

19      A   No.

20      Q   If I told you that your letter stated that you

21  had found another work with similar characteristics near

22  your residence, would that sound correct to you?  Yes or

23  no?

24      A   No, because I didn't have work.  No.

25      Q   Okay.  Do you know how it was that you sent this

1    resignation letter to Domino's Pizza?  Do you recall how

2    you sent it?

3         A    Yeah, via e-mail.

4         Q    Via e-mail?

5         A    Yeah.

6         Q    Okay.  To whom did you send it to?

7         A    To Farinacci.  I only know his, that's his last

8    name, Farinacci, he's the manager from Domino's Pizza,

9    Yauco.

10        Q    Okay.

11        A    I sent it to him, and he sent it to Sonia

12   Maldonado.  And then Sonia like questioned me via e-mail

13   and I answered via e-mail.

14        Q    Alright.  Okay.  And how long did you...  I'm

15   going to show you the resignation letter in a few minutes,

16   but how long do you recall having worked for Domino's

17   Pizza?

18        A    I started from December 6, 2016, but in other

19   papers I have looked since I left Domino's, that they put

20   that I started working when they, when they offered me to

21   sign with the change of companies, it was Epoch Management

22   and then is FOT Investments.

23        Q    But...

24        A    Okay.  Okay.

25        Q    Go ahead.  Are you done?

1    A    No.

2    Q    Okay.  So, do you recall there coming a time

3    when the operator of the Domino's Pizza that you were

4    working for was no longer going to continue as the

5    operator of that store, and then you having to sign a new

6    employment agreement with a new operator of the Domino's

7    Pizza.  Is that your recollection?

8    A    Yeah, that was in February, 2017.

9    Q    In February.  So, your employer changed at that

10   time?

11   A    Yeah, the one who pays us, yeah.

12   Q    Exactly.  And at some time during the year 2017,

13   you received part of your wages from one company, and then

14   you received part of your wages for the remainder of the

15   year from another company.

16   A    No, I only received...  Wages?  Do you mean

17   wages like what?

18   Q    Salary, your income.

19   A    Oh, yeah, yeah, yeah.  I think you mean taxes,

20   because I didn't file the taxes, that time I didn't find

21   the papers because they didn't have it on system.

22   Q    Can you clarify what you're trying to say Kevin?

23   I didn't follow you.

24   A    Okay.  The time that I was working from December

25   to February, it was from Epoch.  If I wanted to file my

1    taxes, they didn't find the records from December to

2    February in Epoch Management, and I didn't like, I didn't

3    get that.

4         Q    You didn't get what?

5         A    The W2.

6         Q    Oh, okay.

7         A    From the first company.

8         Q    Okay.  Alright.  And then the new operator came

9    and you started working for them, and did you sign a new

10   employment contract with them?

11        A    We didn't, we only signed the rules, and down on

12   the rules it says like how much your gaining, or how much

13   they're paying, and you have to put like $7.25 an hour,

14   but it was on a paper with the rules on it.

15        Q    Okay.  You do recall having this change of

16   employer some time in 2017?

17        A    Yeah.

18        Q    Okay.  Alright.

19   MR. VICENTE:

20        Let me...  Jorge, let me put up a document here to

21   show it to Kevin.  Can you give me access?

22   COURT REPORTER:

23        Yes, you have access.

24   MR. VICENTE:

25        Okay.  I got it.  Here it is.

1    Q    Alright, Kevin, can you see that document that

2  I put up on the screen?

3    A    Yes.

4    Q    Let me know if you need to, if you need me to,

5  let me see if I can make this bigger, but can you, can you

6  see it and identify it for us?

7    A    Yeah.  It says from Kevin, sent October 6.  Do

8  you want me to read it all?

9    Q    I want you to identify it.  Is this your

10  resignation letter...

11    A    Yeah.

12    Q    ...that you sent to Sonia Maldonado?

13    A    Uh-huh.

14    Q    Yes or no?

15    A    Yes.

16    Q    Yes.  I don't see here that it was sent to

17  Farinacci.  Do you see that somewhere here?

18    A    No, because it's a forward message.  But I sent

19  it via WhatsApp, then he texted me that I can send the

20  paper, the document via e-mail to Sonia.  But at first, I

21  sent it to him, because I was going to work that week and

22  I needed to notify him first.

23    Q    Alright.  And do you have a copy of the WhatsApp

24  that you sent Farinacci?

25    A    No, that was an older phone.

1  Q Okay.  Do you see what...  Can you read what is

2 stated on the second paragraph where it says "the motive

3 for my resignation is having found another job with

4 similar characteristics but closer to the locale of my

5 residence."  Do you see that?

6  A Yeah.  And can I explain that part?

7  Q Of course.

8  A Okay.  When I went off Domino's, I found a job,

9 it's not a job like where they pay you, it's like a lawn

10 mowing service with my brother, like 'podadoras',

11 trimmers, and different locations, different people, and

12 we like privately worked together.

13  Q Okay.  So, it wasn't a job with an employer.

14 You were working for yourself and you were offering

15 services such as lawn mowing and things like that?

16  A Yeah, yeah.

17  Q Okay.  Alright.  And how did that business go?

18 For how long did you and your cousin work...

19  A No, my brother.

20  Q ...during these types of services?  I'm sorry?

21  A My brother, not my cousin.

22  Q Oh, your brother.  Sorry about that.  So, how

23 long did you and your brother provide these types of

24 services?

25  A It's still going.

1      Q    Oh, it's still going?

2      A    Yeah, it's casually, not like hourly or

3  something, no.

4      Q    You mean, you said "casually"?

5      A    Yeah.  I don't have work every day.

6      Q    Alright.

7      A    Yeah.

8      Q    Then this letter says that the second motive is

9  for...

10     A    Lack of benefits.

11     Q    ...lack of benefits that you provide at the time

12 of us registering our vehicles with your company.

13     A    Uh-huh.

14     Q    Which is you, according to this, is different to

15 chains in the United States.  Can you explain that?

16     A    Yeah.  When I was in Orlando, Florida, I got my

17 driver's license, and for you to operate like a delivery

18 driver or something like delivery, at least you have to

19 have three years minimum of driving experience.  When I

20 got to, when I got here to Puerto Rico, I asked...  When

21 I was in Orlando, I asked in a Domino's Pizza, in a Papa

22 John's, they told me that I couldn't get a job, because of

23 the years experience in the driver's license.  But when I

24 came to Puerto Rico, they told me that in the United

25 States they pay different kinds of things like in your

1   car, benefits that you get, healthcare benefits.  And when

2   I came to Puerto Rico, I asked all that, and they said

3   like: "It's not like that."  It's a different rule in

4   Puerto Rico and a different rule in the United States, but

5   I think it's the same work, the same company.  I know it's

6   a franchise, but...

7          Q     You don't... Kevin?

8          A     Yeah.

9          Q     Okay, let me ask you this.  Did you work as a

10  delivery driver in Orlando?

11         A     No.

12         Q     Okay.  And how is it that you...  Who told you

13  that there were different, there were different benefits

14  in the United States than in Puerto Rico if you never had

15  a job in Orlando driving or delivering pizzas?

16         A     Because I asked the people in Domino's Pizza.

17  I went to Papa John's and Domino's Pizza and I asked for

18  work, and they gave me all the papers and all the

19  documents with all the benefits, health benefits, car

20  benefits, gas coverage mileage, a lot of things in those

21  documents that they give you with the application form.

22         Q     And this is in Orlando?

23         A     Yeah, yeah.

24         Q     And do you have copies of those documents you

25  received?

1        A     No.

2        Q     Okay.  So, you never worked for Domino's Pizza

3    or Papa John's in Orlando?

4        A     No.

5        Q     And your testimony is that, at some point in

6    time, you went to get a job there in Orlando, and they

7    gave you these documents that reflect the benefits that

8    you would have received if they had given you a job?

9        A     Yeah.

10        Q     And you do not have copies of those documents?

11        A     No, because it was a long time ago.  I like, I

12    didn't need to save them for no reason at the time.

13        Q     Okay.  And when did you move back to Puerto

14    Rico.

15        A     Two thousand sixteen, like it was May twenty

16    something, then I went back to Texas and came back from

17    Texas on July 14th.

18        Q     Okay.  So, sometime in May, you moved from

19    Orlando to Puerto Rico...

20        A     Uh-huh.

21        Q     ...and then you went to Texas for a month,

22    during the month of June, and then on July 14th you came

23    back to Puerto Rico?

24        A     Yeah.

25        Q     Okay.  And what did you do in Texas during that

1    time?

2         A    Vacation.

3         Q    Vacation?

4         A    Yeah, just seeing family friends.

5         Q    Okay.

6         A    Yeah.

7         Q    Alright.  Prior to working in Domino's, did you

8    have any other employments?  Have you had any other

9    employments?

10        A    In Orlando, I was working at Lasership Fast

11   Mile.

12        Q    Say that again.  I did not catch that.

13        A    Lasership Fast Mile.

14        Q    What is that?

15        A    That's a package handling work.  We have like

16   different companies like Amazon, Cardinal Health.  It was

17   distribution.

18        Q    Okay.  And how long did you work there for?

19        A    Nine or ten months.

20        Q    And what was your job position or your

21   responsibilities?

22        A    Package handling.

23        Q    Package handling?

24        A    Yeah.

25        Q    And what did that entail, Kevin?

1       A     Sorry?  What?

2       Q     What did that entail?  I understand package

3    handling, but I want to know exactly what it was that you

4    did.

5       A     Ah, okay, okay.  Well, you get inside of a

6    truck, a 53 wagon or truck and you get out of the truck

7    like 19,000 boxes Amazon, frozen foods, and you take it

8    out, and you put them on the pallets, and you like rename

9    them, like Miami, Ft. Myers, Daytona, and they like send

10   it in different private trucks.  Yeah.

11      Q     Okay.  Alright.  And what was your salary over

12   there?

13      A     Nine dollars an hour.

14      Q     And why did you stop working at Lasership?

15      A     Because I had a personal problem with my

16   girlfriend at the moment.

17      Q     You had a personal problem with your girlfriend

18   that motivated or moved you to quit your job?

19      A     Yeah, money related, and she like kicked me out,

20   and I had like had no place to go, and I went back to

21   Puerto Rico.

22      Q     She kicked you out of where you guys were

23   living?

24      A     Yeah, that's pretty sad.

25      Q     Yeah.  Alright.  Prior to that job in Orlando,

1    what other employment positions have you had?

2         A    There's something called, but that was like a

3    moving work.  It's called Socram Air Conditioning.

4         Q    Socram?  S-O-C-R-A-M?

5         A    Yeah, like Marcos but backwards.  Yeah, and I

6    was like a refrigeration assistant.  I just got the tools

7    and things like that.  I didn't like manage to install air

8    conditioning, but I went with the hammer drill and all of

9    that, up and down the stairs, looking for all that they

10   needed.

11        Q    Okay.  And how long did you work for Socram?

12        A    I don't remember.  That was a long time ago.

13        Q    Okay.  And why did you stop working for Socram?

14        A    Oh, because I moved.

15        Q    Because you moved?

16        A    Yeah, yeah.  He was our neighbor and he asked me

17   if I could do a little work for him, and I was like the

18   money is fine, so...

19        Q    This was in Orlando.  He was your neighbor in

20   Orlando?

21        A    No, it was in Puerto Rico.

22        Q    Ah, okay.

23        A    Yeah, yeah.  The only work that I had in Orlando

24   was...

25        Q    Lasership.

1     A     Yeah, yeah.

2     Q     Alright.  Alright.

3     A     And when I was like a little boy, maybe

4  thirteen, fourteen, twelve, I was working at Garaje

5  Carrao(phonetic).  I was dispensing gasoline, because I

6  know that before the people weren't supposed to like take

7  your own gas.  There were people at the gas station and

8  they would put your gas in the car and I was working in

9  that.

10    Q     So, you were a gasoline server at that

11 station...

12    A     Yeah.

13    Q     ...when you were a young kid?

14    A     Yeah, I was a boy, yeah.

15    Q     Good.  Good.  So, let's talk about your work at

16 Domino's.  What position did you hold while working at

17 Domino's?

18    A     Okay.  Delivery driver and maintenance, but it's

19 not a, it's not a position.

20    Q     And what did you say?  Delivery driver and what?

21    A     Maintenance, like janitor.

22    Q     Oh, maintenance, janitor.  Okay.

23    A     Yeah.

24    Q     Alright.  And these are two separate positions,

25 or is this the same position that you do, perform both of

1    these functions?

2        A    They compliment each other, yeah.

3        Q    Okay.   So, tell me exactly as a janitor or

4    maintenance, what exactly did you do?

5        A    Okay.  It was in the closing time, at night, we

6    did  like  dishwashing,  the  bathrooms,  we  mopped,  we

7    scrubbed the floors, we took gum from under the tables, we

8    washed the windows, and that's about it.

9        Q    You said "gum under the tables?"  You mean like

10    chewing gum?

11        A    Yeah, yeah.

12        Q    There were tables at the Domino's store?

13        A    Yeah, dining tables, yeah.  At the time, I think

14    they're not, because of the COVID, but at that time, yeah.

15        Q    Okay.  And as a delivery driver, you would pick

16    up pizzas and deliver them to customers?

17        A    Yeah.

18        Q    Can you hold on one second?  I'm going to, let

19    me close this document here.

20        A    Okay.

21        Q    And open up this page again, which I don't know

22    how to do.  Maybe somebody can help me.  Jorge, how do I,

23    how do I...  I'm trying to figure out how to open up this

24    page again.

25        A    Okay.

1      Q     I'm sorry, guys.  Give me one second, because

2   now I can barely see each one of you.  Cisco, do you know

3   how to do this?

4   MR. COLÓN:

5         Pick the screen you want to share.  I think you're...

6   MR. VICENTE:

7         Ah, that's what it is.  That's what it is.  Thank

8   you.  Technical difficulties.  I'm sorry about that.  You

9   know, I could see you in a one by one box and it was very

10   hard for me to see you.  So, I was trying to figure out

11   how to do this.  Thank you.

12      Q     Alright.  Other than the Mayagüez store, did you

13   work at any other Domino's Pizza stores?

14      A     Yeah, Mayagüez, Yauco, and Ponce.

15      Q     Okay.  And how long did you work for each one of

16   those stores?

17      A     That was casually if they needed someone.

18      Q     Oh, okay.  So, they would call you if they said:

19   "We're missing a driver in Ponce", they would ask you to

20   go to Ponce and drive pizzas over there?

21      A     Yeah.

22      Q     Okay.  And the same with Yauco?

23      A     Yeah.

24      Q     But most of the time you worked for the Mayagüez

25   store?

1      A      Uh-huh.  That was the main store, yeah.

2      Q      Okay.  And all those three stores were managed

3  or operated by the same company?

4      A      Managed?

5      Q      Yeah, they were operated by the same company

6  FOT?  Do you recall that?

7      A      Oh, yeah, yeah, yeah.

8      Q      Okay.  And what... Go ahead.  Were you going to

9  say something?

10     A      I think that the one that is in Ponce it runs by

11  another  investment,  because  they  get  paid,  it's  a

12  different, a different maneuver when it comes to food and

13  all of that, and that's the store at Ponce.  But the other

14  ones, I think they're the same.

15     Q      Okay.  You're using the word "think".  That

16  means that you're not sure of what you're saying?

17     A      No, because...

18     Q      You're speculating as to whether or not they're

19  operated,  the  Ponce  store  is  operated  by  a  different

20  company.

21     A      No, no.  No, no, no, don't get me wrong.  I know

22  that they're distributed in different, different...  The

23  people that get paid in the West is not the same people

24  that  get  paid  here  in  San  Juan.   It's  not  the  same

25  company, because it's a franchise.

1    Q    Okay.  Let me, let me clarify this.  Okay?

2    A    Okay.

3    Q    Do you, or do you not know whether or not the

4  Ponce store that you worked for, the Yauco store that you

5  worked for, and the Mayagüez store that you worked for

6  were operated by the same company?

7    A    No.

8    Q    You do not know that for sure?

9    A    No.

10   Q    Okay.  Do you recall receiving your wages from

11  another company other than FOT?

12   A    Epoch at first.

13   Q    Yeah, but that was prior to joining FOT.  Right?

14   A    No, that was the only one.

15   Q    That was the only one.  Okay.

16   A    Yes.

17   Q    And did you have...  What were your time tables

18  of work?  Did you have certain hours that you would have

19  to work?

20   A    No, it's rotary hours.

21   Q    Okay.

22   A    Usually,  I  also,  I  usually  work  like  at

23  11:00 a.m., because I always was available, and the shift

24  that was available, I would get it.  But they don't, they

25  don't pay overtime.  So, it's like if I was free this day,

40

1    I can take an extra day, but they don't give you like two

2    different, two different, like you clock in, you get a

3    meal, and then you clock in and get another, no, they

4    don't do that.

5         Q    Okay.   My question was whether you had a

6    particular time table that you worked for.  For example,

7    if you start at 11:00 and you would work that shift...

8         A    Oh, no, the...

9         Q    Hold on, Kevin, let me finish your question.  Or

10   whether or not the shift would rotate, so you would

11   sometimes start at 11:00, and maybe some other days you

12   would start at 10:00 o'clock, or you know, at 3:00 in the

13   afternoon.  They would change the work shifts?

14        A    Yeah, they would change the clock-in hours, but

15   the clock-out is like difficult to say, because if it was

16   rush hour, they didn't let you out, they needed you.

17        Q    Alright.  Let's continue.  Alright.  Did you...

18   You stated before that you recall sometime ago, you did

19   not precise how long ago, but you do recall having read

20   the Complaint at some point in time, the Complaint is the

21   starting document of this case.

22        A    Yeah.

23        Q    Yes.  I'm going to put it up on the screen so

24   that you can see the first page.  Do you see it there?

25        A    Yeah.

1    Q    Okay.  You do recall having seen that document
2    before and reading it?

3    A    Yes.

4    Q    Okay.  After reading this document, were you in
5    agreement with what it said there?  Did you review it and
6    carefully analyze what is stated there and you agreed with
7    everything that's stated there?

8    A    Yeah, at the moment, yeah.

9    Q    Do you understand that this Complaint refers to
10   a type of proceeding called or recognized as a class
11   action where you, as a plaintiff, represent others that
12   are similarly situated as you?

13   A    Yeah.

14   Q    Yes.  And do you understand what that means?

15   A    Yeah, that I'm like trying to speak for other
16   people that are not here.

17   Q    Okay.  And have you discussed your allegations
18   in this Complaint with others of your coworkers at
19   Domino's?

20   A    Not Domino's, because I didn't have friends at
21   Domino's.  At Papa John's, yeah.

22   Q    At Papa John's, but you are aware that this
23   Complaint has nothing to do with the possible friends you
24   may have at Papa John's?

25   A    Yeah, at first, I didn't know it, because when

1    I saw the old document, things, and all that, it was an ad

2    and I entered the ad, and I put my information, and it

3    says "Complaint for Pizza Deliverers." It did not say for

4    Domino's, it said for all delivery drivers.

5         Q    But now, as we sit here today, you are aware

6    that this demand, or this Complaint has nothing to do with

7    Papa John's, and that you, as a plaintiff, would only, if

8    allowed by the Court, would only represent other delivery

9    drivers at Domino's Pizza?

10        A    Yeah, now I know, yeah.

11        Q    Okay.  And have you discussed any of these

12   allegations with other Domino's Pizza drivers?

13        A    No.

14        Q    No.  And you mentioned an ad, you mean like a

15   published commercial, or a flyer, or something like that?

16        A    Yeah.  It was on the social media, on Facebook.

17        Q    On where?  Facebook?

18        A    Yeah.  It was on the social media.

19        Q    Okay.

20        A    I filled it out, and I can't tell the time line,

21   and when I filled it out and they contacted me, I really

22   don't know the time, but they contacted me in like, like

23   a month.  Like in a month they called me and they sent me,

24   at first, I was like the same, I thought it was fraud, and

25   I was asking a lot, but now, I'm here.  But it was on

1    Facebook, the ad was on Facebook.

2         Q    Okay.  So, you found an ad on Facebook, you

3    filled out your information, and sometime after filling it

4    out, you were contacted by someone.

5         A    Yes, by my attorney.

6         Q    That was going to be my next question.  So, your

7    attorney contacted you thereafter?

8         A    Uh-huh.

9         Q    Is that a yes?

10        A    Yes.

11        Q    Did there come a time thereafter where you met

12   with the lawyers that are representing you in this case?

13        A    Only one time.

14        Q    One time?

15        A    Yeah.

16        Q    Do you remember when that was?

17        A    I don't know.  The other time is via internet,

18   because of the COVID.

19        Q    So, after having been called, contacted by the

20   lawyer, your recollection is that you only met with them

21   one time?

22        A    Uh-huh.  In person?  Yeah.

23        Q    And where was that meeting?

24        A    I don't remember.

25        Q    Was it in Mayagüez?  Was it an office?  Was it

1   in a hotel?  You don't know?

2        A    No, in San Juan.

3        Q    It was in San Juan?

4        A    Yeah.

5        Q    And you don't recall where?

6        A    No.

7        Q    And who was there?

8        A    It was not Colón Ramírez.  I asked him about it

9   and it was part of his personnel.

10       Q    Were there other people there, Kevin?

11       A    No, at the moment, no.  I only talked with this

12  guy, but I only gave him my information, and he said that

13  he was going to contact me.  It was via Facebook when I

14  filled the form.

15       Q    I understand you filled out a form on Facebook.

16  That's clear.

17       A    Uh-huh.

18       Q    Okay.  And I understand that after you filling

19  out that form, somebody contacted you.

20       A    Okay.

21       Q    Are we clear until then?

22       A    Yeah.

23       Q    Okay.  My question is, you stated that, at some

24  point in time, you met with the lawyers.  Is that right?

25       A    At that time, no, it was only via internet.

1    Q    Okay.  After having filled out the form, and
2  having been contacted by them, did there ever come a time
3  when you met with them in person?
4    A    No, recently, no, no.
5    Q    Okay.  Alright.  And how recent was that in
6  person meeting?
7    A    Today.
8    Q    Today?
9    A    Yeah.
10   Q    Is it your testimony that today is the first
11  time you ever met in person with your lawyer?
12   A    With my lawyer?  Yeah.  Because all the time it
13  was via internet.
14   Q    When you say "via internet", is that via e-mail
15  or...
16   A    Like this.
17   Q    Hold on, Kevin, let me, let me finish the
18  question and then you can answer.  Is it via e-mail, or is
19  it via Zoom, or any other of these face-to-face online
20  communications?
21   A    Via e-mail.
22   Q    Via e-mail?
23   A    Yeah.
24   Q    Okay.  So, the first time you ever personally
25  spoke with your legal representative is today?

1       A    Yeah.

2       Q    Okay.

3       A    I didn't have the money, money wise, and living

4    wise to get here.  At that time, I was unemployed, and I'm

5    still unemployed, I only came here today because it's like

6    in another level of all this process.  But at first, I

7    couldn't come in to San Juan, because I needed a car and

8    all of that, I have my car, but it's bad, I have a rental,

9    I borrowed a car to get here, because at first if I like

10    have several meetings, I don't have the money to come like

11    Mayagüez, San Juan, three times a week or something like

12    that.  He offered me to tell me, and all the information,

13    and all the papers that I have gotten via e-mail.

14       Q    Okay.  So, let me show you, let me show you

15    another document here.  Do you see this document here that

16    says "pizza driver meeting"?  Is this the...  Does this

17    refresh your recollection as to what kind of an ad you had

18    seen when you decided to fill out the information, your

19    information?

20       A    No.

21       Q    Is this the first time you've seen that

22    document?

23       A    Yeah.

24       Q    Okay.

25

1    MR. VICENTE:

2        So, Jorge, we'll mark this document.  You should have

3    a file or some documents I have sent to you.  We're going

4    to mark this as Exhibit 1 of the deposition.  You got

5    that, Jorge?

6    COURT REPORTER:

7        Yes, I did.

8    DEPONENT:

9        The ad that I saw on Facebook was like when you share

10   a photo or something, it says "Like, Share, or Comment".

11   When I saw the ad, it says like in a little square box,

12   "apply", but it was not that.

13   MR. VICENTE:

14       Q    Okay.  I'm going to try to get another one that

15   may be.  Let's see if I can...  Alright.  I'm trying to

16   get this other form so that I could show it to you to see

17   if you can identify it for us.

18       A    Okay.

19       Q    Alright.  Let's see if this one you recognize.

20   Do you see that one that I put up on the screen?

21       A    Something like that.

22       Q    Something like that?

23       A    Yeah.

24       Q    And you press the button and then more...

25       A    No, I pressed a button that said "apply".

```
 1        Q    Apply?

 2        A    Yeah.

 3        Q    But this one looks more familiar to you?

 4        A    Yeah, yeah, yeah.  Inclusive, the 1-800-Law

 5   Firm, it was the thing that I saw and I remember.

 6        Q    Okay.  So, the 1-800-Law Firm number you do

 7   recognize and that's the number you may have called at

 8   some point in time?

 9        A    No, I didn't call.  I only like remember that,

10   yeah, when I was scrolling down, that was the page.

11        Q    Okay.

12   MR. VICENTE:

13        Jorge, I'm going to send you this one by e-mail, so

14   that you can mark it as Exhibit 2.

15   COURT REPORTER:

16        Okay.

17   MR. VICENTE:

18        What e-mail should I send it to?

19   COURT REPORTER:

20        crespoyrodríguez@hotmail.com

21   MR. VICENTE:

22        Alright.  That's it.  We'll mark that as Exhibit 2.

23        Q    Alright.  And it is your testimony, Kevin, that

24   you have not discussed any of these allegations with any

25   other employee of Domino's Pizza?
```

1      A    No.

2      Q    No.  And is it your testimony that you feel,

3  even though you have not talked to any of these other

4  employees, that you feel qualified or able to represent

5  them in a case like this?

6      A    Yeah.  I don't see why not.

7      Q    You don't see why not.  Alright.  Could it be

8  because no other employee was interested in filing a case

9  like the one you filed?  Did that ever cross your mind?

10     A    Maybe, but I'm a different person.  You can't

11 compare me with other people.

12     Q    I agree.  I agree.  So, did you ever... Prior

13 to filing this Complaint, did you ever complain for the

14 same reasons you filed this case to anybody in management

15 at Domino's Pizza?

16     A    Oh, yeah.

17     Q    Yes?  With whom?

18     A    Josué Rivera and Michael Pagán.  It was... At

19 first it was Farinacci the manager of Yauco, but before

20 that it was Pagán, I think it was Carlos Pagán.  But with

21 Josué Rivera, yeah.  Josué Rivera is the store supervisor

22 for the West and South.

23     Q    So, your testimony is that you, at some point in

24 time, complained to José Pagán... Josué or José?

25     A    Josué Rivera.

1    Q    I'm sorry.  Josué Rivera, that's right.

2    A    Yeah.

3    Q    And Carlos Pagán.

4    A    Uh-huh.

5    Q    Yes?

6    A    Yes.

7    Q    I want to know exactly what it is that you told

8    Josué Rivera.

9    A    I told him that it was, at a point, it was

10   unfair, because I was asking him to give me like a little

11   more chance to like build me up in the industry, because

12   I only was a delivery driver, and I wanted to do more.

13   And when I told him that it was less that I was having

14   less money, I couldn't, like fix my car to get at the

15   hours, all that I told him that he could like give me an

16   opportunity in another store, like with extra hours, not

17   half and half, because he didn't, he didn't lend me a hand

18   at all.  When I told him my personal situation, he like,

19   at that time, he laughed at me, because I was trying to

20   like, trying to get him to see that I was struggling, but

21   I didn't want to quit the job, I wanted to be there,

22   because I was available.

23   Q    Okay.  So, your complaint to Josué Rivera was

24   about not having enough work hours?

25   A    Yeah.

1      Q      Okay.  Okay.  Are you aware that the Complaint

2    you filed here is not about having more work hours, it's

3    about a different subject?

4      A      I know.  Yeah, but you asked me.

5      Q      Okay.  So, let me, let me go back.  My question

6    was, and perhaps you did not understand my question.  My

7    question was, did you ever complain to anybody in

8    management at Domino's about the same allegations, not

9    different, the same allegations you are raising in this

10   Complaint?

11     A      At Yauco to Pagán.

12     Q      To Pagán.  And what did you say to Pagán?

13     A      Well, when I got to Yauco, I saw that they were

14   paying the deliveries $1.00 and $2.00, and even at $3.00

15   if it was far away.  And I asked that, because I always

16   said that in Mayagüez they didn't pay well the service.

17   Because the hourly, the hourly, the $7.25, okay, good.

18   But the tips, I think that in Yauco they like paid you

19   more, and it's not even that far.  And in Mayagüez, it's

20   only $1.00, and I always told Pagán like where are the

21   people that I can talk to, so I can explain and they can

22   explain to me.  And they always like, we leave it at

23   there, because I don't know many people at the company.

24     Q      Do you have any evidence that in the Yauco store

25   drivers were getting paid more than in Mayagüez?

1       A    I don't have, I don't have that, but...  No, I

2   don't have that.

3       Q    Then what was the basis for your complaint to

4   Mr. Carlos Pagán?

5       A    Because when I saw that I was getting a delivery

6   to a location, when I got paid $2.00, I was like, "Why

7   $2.00?"  And then he explained to me the maneuver, the

8   procedure that they were doing at that store.  And I like:

9   "And why don't they do it in every store?"  And I didn't

10  get far enough in that complaint, because he's not, he's

11  not a big guy in Domino's, he's only a manager in Yauco at

12  the time, because he's not the manager right now.

13      Q    How many times did you get paid $2.00 in Yauco

14  for a delivery?

15      A    If we're talking about twelve deliveries out of

16  the day, maybe three, three paid deliveries.

17      Q    So, out of all of the deliveries that you made

18  during one day, three of them you were paid $2.00 per

19  delivery?

20      A    Yeah, but only in Yauco.

21      Q    Only in Yauco.

22      A    Yeah.

23      Q    So, let me, let me get this straight.  You would

24  get $1.00 per delivery.  So, if you would leave the store

25  with two deliveries, you would get $2.00.  Is that right?

1    A    No.  On one order.  There are orders that are
2    $1.00 tip, or $1.00 they pay you, the company pays you.
3    But other deliveries are $2.00, depending on the route or
4    the location, if it's far.  But in Mayagüez, there are far
5    places that they only give $1.00.  And in Yauco, they're
6    not that far away and they're giving $2.00.  And my
7    complaint always was like why are they not paying
8    everybody the same if it's for like distance and
9    trajectory.

10    Q    And did you discuss this with any other employee
11    at any point in time, this issue that you're talking about
12    now?

13    A    Only with the manager...

14    Q    Only with the manager.

15    A    ...in Yauco.  Because I have coworkers, I don't
16    have friends, you know.  In my work, I have coworkers, I
17    don't have friends.  I really didn't used to talk to
18    anybody, because I go to work to work, not to make
19    friends.

20    Q    And why did you not discuss this with the
21    manager in Mayagüez where you had many more deliveries
22    than you did in Yauco?

23    A    Because at first when I was in Yauco when I got
24    to Mayagüez I asked her, but she told me, she told me
25    like: "It's different stores, it's different rules."

54

1   That's what she told me in Mayagüez, I asked her in

2   Mayagüez and she told me that.

3        Q     Who did you ask in Mayagüez?

4        A     The manager at that time.

5        Q     Who?  Who is that person?

6        A     Alejandra Morales.

7        Q     Say that again?

8        A     Alejandra Morales.

9        Q     And what exactly was it that you discussed with

10   Alejandra Morales?

11       A     I told her that in Yauco they were paying me

12   $2.00 for delivery, and what about here in Mayagüez?  And

13   she told me like: "It's different stores, different rules,

14   different payment."  And I always asked her like: "And the

15   distance, that must affect?"  But it was like a complaint

16   with no conclusion, it never reached the end.

17       Q     And in Yauco, how many deliveries would you make

18   per trip?

19       A     Per trip?  One.

20       Q     Okay.

21       A     Yauco is not a busy company, a busy Domino's, at

22   Yauco, it's not busy.  Mayagüez it's busy.  Ponce is busy.

23       Q     So, in Mayagüez there would come a time where

24   you would take more than one delivery per trip?

25       A     Yeah.

1      Q     And isn't it correct, Kevin, that when that
2  situation happened, you were paid $1.00 per delivery?
3      A     Yeah.
4      Q     Yes.  So, if you would take two deliveries in
5  one trip, you would get $2.00, $1.00 per delivery.
6      A     Yeah.
7      Q     Yes.  Okay.  Any other person that you may have
8  discussed this issue with in management?
9      A     Nobody else, just Pagán.
10     Q     Just Pagán.
11     A     Yeah.
12     Q     So, with Josué you discussed another matter,
13  which was you needed more hours to work?
14     A     Yeah.
15     Q     You wanted more time working?
16     A     Yeah, because I needed to...  At that moment, I
17  needed to fix my car, it was making problems, starting
18  with problems, and I asked him if he could lend me a hand
19  like giving my hours in Mayagüez and extra hours in Yauco,
20  so I can get like extra money so I could pay my parts for
21  the car.  And I asked him kindly, and he like, he offended
22  me with his gestures.
23     Q     He offended you with his gestures?
24     A     Yeah.
25     Q     What kind of gestures are you talking about?

1        A     Well, he was not like paying attention like you

2     are, looking at me via camera.  And he was like, when I

3     told him about all the problems I was having, he told me:

4     'Voy a bregar con tu situacioncita', and that's a very

5     disrespectful way of speaking.

6        Q     Alright.  So, Kevin, I'm going to put up the

7     Complaint again...

8        A     Okay.

9        Q     ...upon the screen.  And I'm going to go

10    through, try to go slowly through the pages here, because

11    I want you to review them.  And although you already said

12    that you, at some point in time, had read this Complaint,

13    I want you to look through it and see the extent of it,

14    and then I'm going to ask you some questions.  And I'll go

15    page by page, so I can give you some time to read the

16    particular allegations that I want to discuss with you.

17       A     Okay.

18       Q     But looking at this now, this is the Complaint

19    that you recall having reviewed at some point in time?

20       A     Uh-huh.

21       Q     Okay.  Now, let me, let me go back to your

22    complaints to management.  Did you ever, did you ever

23    raise any of the complaints that you discussed here with

24    us to Human Resources at Domino's?

25       A     They never answered.  They never answered.

```
 1   Sonia Maldonado, we, I tried multiple times to talk with
 2   Human Resources, and like trying to explain myself, but
 3   they didn't answer.   At the time when I gave my
 4   resignation letter, he told me that... Wait. Wait, wait,
 5   wait.  I lost track.  Where were we?
 6        Q    My question was, did you ever contact anybody at
 7   Human Resources to discuss your complaints.
 8        A    Okay.  When I sent the resignation letter, it
 9   was via e-mail, because I called, and called, and they
10   never answered.
11        Q    Okay.  So, it's your testimony that you called
12   Human Resources and never got to speak to them personally?
13        A    Yeah.
14        Q    Okay.   Did you write any e-mails to Human
15   Resources?
16        A    No.
17        Q    Did you write any letters to Human Resources?
18        A    No.
19        Q    So, as we sit here today, the only complaints
20   you raised were in person with Mr. Josué Rivera and Carlos
21   Pagán?
22        A    Uh-huh.
23        Q    Okay.  So, do you have a copy of the Complaint
24   there with you, or the only documents that you have with
25   you are the interrogatories and the answers?
```

1     A     The interrogatories.  I don't have the copy of
2     the Complaint.

3     Q     Okay.  Let's see if we can, and maybe you can
4     respond to some questions, if not, I'll ask Cisco to hand
5     you a copy if he has one nearby.

6     A     Okay.

7     Q     Do you...  What is your recollection of what it
8     is being claimed, what it is that you are claiming on your
9     behalf, and on behalf of other drivers in Domino's, in
10    this Complaint?

11    A     That we get paid fairly.

12    Q     Okay.  And what does that mean?  What exactly
13    are you claiming?

14    A     I don't understand that question.

15    Q     You don't understand that question.

16    A     No.

17    Q     Do you know exactly what it is that you are
18    claiming in this judicial complaint that has been filed on
19    your behalf, and on behalf of other drivers of Domino's
20    Pizza?

21    A     I really, I really don't understand like what
22    you're trying to...

23    Q     Okay.  I'm trying to simplify it as much as I
24    can.

25    A     Okay.

1     Q   But it is kind of hard, because it is your

2   Complaint.  You are the named plaintiff in this case.

3     A   Okay.

4     Q   And you are telling the Court that you are able

5   to represent others similarly situated employees of

6   Domino's.  Okay?  So, I'm trying to be as fair as I can

7   and give you all of the opportunities in the world for you

8   to explain.  So, I don't want to be suggestive of an

9   answer.  I want you to tell us what is your claiming.

10   Okay?

11     A   Okay.  Well, I applied to this a long time ago,

12   and I, it's in my interrogatory if I can look for it or

13   something.

14     Q   Go ahead.  If you want to look through any

15   documents you have there available, if you want to look at

16   the Complaint, that's fine.

17     A   Okay.  Because all the answers that are here, I

18   provided but it was a long time ago.  I really like don't,

19   don't remember.

20     Q   Okay.  So, let me, let me clarify this for you.

21   I'm not asking you to remember what you answered...

22     A   Okay.

23     Q   ...in any of the interrogatories I sent you.

24   Okay?

25     A   Okay.

1    Q    What I want to know is for you to tell us in
2  your own words...
3    A    Uh-huh.
4    Q    ...what it is that you are claiming in this
5  case?  What is your complaint?
6    A    That they're not paying fair enough on the
7  delivery matter.  They're like...  I'm asking to Domino's
8  that they can be like, like transparent, I'm telling
9  Domino's to be transparent with all of their employees to
10  have a better job.  I don't know what to say, I'm
11  advocating for my rights.
12    Q    And that's exactly what I'm trying to get at.
13  You are claiming some rights, and I understand that your
14  testimony here today is that you were not being paid
15  fairly.
16    A    Uh-huh.
17    Q    But I want to know exactly what you mean by not
18  being paid fairly, Kevin?  Because, again, you're filing
19  a Complaint with very specific allegations where you are
20  claiming that you can represent others, drivers of
21  Domino's Pizza in a judicial complaint.  And I understand
22  your position that it was unfair pay, but I want to know
23  exactly what it is that you want.  What would have been
24  fair?  Okay?  What is it that you're claiming?
25    A    It would have been fair if they like asked me

1    how would I like to get paid.  If they, if they can

2    register your vehicle to some company, I think they can

3    have the insurance, or the, to less, to manage something

4    that is maintained, because it's your private car.  There

5    are some companies where you use delivery cars, but it's

6    from the company.  But we're using our private car, it's

7    a lot of cost in tires, maintenance, and it's a lot.  And

8    I think that a $1.00 tip, or $1.00 pay for the delivery is

9    not enough when we need to use a lot of a car.

10        Q    Okay.  Do you have any records of your expenses

11   of using your car while working for Domino's?

12        A    At that time, no.  A 'bitácora', I usually don't

13   do that with work.  I do that with my psychiatrist, but

14   with work, I don't use a 'bitácora', I use my inner, my,

15   my...

16        Q    Okay.  I'm not asking you for a log, Kevin.  I'm

17   asking you for any records or evidence that you may have

18   of these costs and expenses that you claim were not being

19   compensated.  You mentioned insurance, you mentioned cost

20   of using your car, which I assume could be gasoline.  But

21   again, I did not want to put words in your mouth.  I

22   wanted to know exactly what it was that you're claiming.

23        A    Okay.

24        Q    But you said tires and maintenance.  I want to

25   know if you have any records of having paid any of these

1    things while you worked for Domino's Pizza.

2         A    No, I don't have records.

3         Q    You don't have records.  Okay.  So, you don't

4    have records of having paid insurance for your car...

5         A    Oh, yeah.

6         Q    ...for 2017, 2018, and 2019 when you worked for

7    Domino's.  Is that correct?

8         A    Yeah...

9         Q    I'm sorry, say that again.  You do or you do

10   not?

11        A    Wait, wait.  Okay.  Tell me again.

12        Q    Do you or do you not have records or evidence of

13   the insurance you paid for using your car while working at

14   Domino's Pizza?

15        A    Yes, I have records and evidence for my

16   insurance, but not for everything that I used for the cost

17   of my vehicle, like oil changes, tire changes, wipers, all

18   that they pay it in the United States.

19        Q    Okay.  So, let's start by your insurance.

20        A    Okay.

21        Q    Where are those records?

22        A    In my house.  I don't have them with me right

23   now.

24        Q    The fact is you have not produced them in this

25   case.

1       A    No.

2       Q    No.  Okay.  And I understand you also said that

3  other than the insurance, you do not have records of

4  having changed tires, or paid for new tires, or paid for

5  brakes, or paid for gas.  You don't have those records.

6       A    No.

7       Q    No.  Or wipers, you even mentioned.  Right?

8       A    No.

9       Q    No.  And do you recall how much was your

10  payment, your insurance payment for your car during the

11  time period you worked for Domino's?

12       A    One hundred ninety-one, $200.00, $191.00.

13       Q    You mentioned insurance.  Was that a private

14  insurance or was that the compulsory insurance that the

15  Government of Puerto Rico imposes on car owners?

16       A    Compulsory insurance.

17       Q    Ah, okay.  So, you did not have a private

18  insurance?

19       A    No.

20       Q    Okay.  So, that payment of that insurance was

21  compulsory by the Government of Puerto Rico, and you would

22  have had to pay it regardless of where you were working.

23  Right?  If you wanted to have a car, you would have to pay

24  it.

25       A    Yeah.

1      Q     Yes.   It is not a condition on working at
2   Domino's Pizza, or for working at Domino's Pizza.
3   Correct?

4      A     No, the only condition you need is that it's up
5   to date.

6      Q     Correct.

7      A     Uh-huh.  But to produce the money to make the
8   compulsory insurance I needed the work, I needed extra
9   hours that I'm complaining about.

10      Q     Alright.  So, let's get this clear.  You were
11   being paid $7.25 per hour.  Right?

12      A     Uh-huh.

13      Q     Yes or no?

14      A     Yes.

15      Q     And in addition to that $7.25, you would be paid
16   $1.00 per delivery.  Is that correct?

17      A     Yes.

18      Q     Okay.  And your claim is that even though you
19   were paid in excess of minimum wage, which is $7.25, that
20   dollar, additional dollar per delivery is not sufficient
21   to cover your alleged expenses for using your car.  Is
22   that right?

23   MR. COLÓN:

24      Objection.  Harold, you're saying he was being paid
25   in excess of minimum wage.  He was not.

1    MR. VICENTE:

2         No, that's not what I said.  I'll rephrase.

3    MR. COLÓN:

4         Okay.

5    MR. VICENTE:

6         You said you were paid minimum wage, but in addition

7    of minimum wage, you were being paid $1.00 per delivery.

8    That's what I said, and I'll repeat the question.  Okay?

9    MR. COLÓN:

10        Okay.

11   MR. VICENTE:

12        Q    So, Kevin, in addition to being paid minimum

13   wage, which was at that time $7.25, Domino's Pizza would

14   pay you $1.00 per delivery.  Is that correct?

15        A    Yes.

16        Q    Yes.  And that $1.00 per delivery meant that

17   every pizza you delivered to different addresses or

18   customers, you would get $1.00, regardless of the trip you

19   were making.  Is that correct?

20        A    Yes.

21        Q    Yes.  Okay.  So, there could be a time when you

22   got to the store and they said: "Take these two pizzas,

23   and take them to these two different locations", or two

24   different customers in one trip, and you would get paid

25   $2.00.

1    A    Uh-huh.

2    Q    Yes?

3    A    Yeah.

4    Q    Okay.  And your complaint is that the $7.25,

5  minimum wage that you were getting paid, plus the $1.00

6  per delivery, as we have described here today, was not

7  sufficient to cover your expenses for using your car.  Is

8  that correct?

9    A    Uh-huh.  Yes.

10    Q    Yes.

11    A    In addition to that, in addition to that, if you

12  take two deliveries on different addresses, and one is to

13  the West, and the other is to the East, I'm clearly

14  thinking that it's not compensate for $1.00, because it's

15  a lot of distance.  And you're going first to the West

16  side, and then you're going to the East side of Mayagüez

17  for $2.00.  I think it's not fair, because it's a lot of

18  distance that you have to like travel.

19    Q    Okay.  Do you have any records, Kevin, of the

20  distance you would travel from one place to the other

21  while doing deliveries?

22    A    No.

23    Q    You don't have any records of that?

24    A    No.  I...

25    Q    I'm sorry, Kevin.  So, it could have been one

1    mile, it could have been five miles, you don't have any

2    records that you can show us at this time?

3         A    No.  I can show you on Google Maps the limited

4    side of Mayagüez, and you locate Domino's, and you put it

5    on like different locations in and out, and it will say to

6    you what I'm saying, I'm trying to explain to you.

7         Q    Okay.

8         A    But evidence, I don't have it right now.

9         Q    Let me, let me ask you this, Kevin.  Isn't it

10   true that Domino's has a policy that you, as a driver,

11   must deliver a pizza within thirty minutes.  Is that

12   right?

13        A    Yeah.

14        Q    Yes.  So, you, as the driver, have to comply

15   with that policy that when you picked up a pizza at the

16   store, you were supposed to get it to the customer within

17   thirty minutes, not from when you picked it up, but from

18   when that person called the store to order the pizza.  Is

19   that right?

20        A    Yeah.

21        Q    Yes.  Were you ever admonished or reprimanded

22   for not having complied with those thirty minutes?

23        A    Never, no.

24        Q    Were you always on time to deliver your pizzas?

25        A    I can say yeah, because of the traffic and all

1   of that, but I think we were on time at that time.  About

2   thirty minutes, no.

3       Q    If you would not have complied with the policy,

4   somebody in management would have said: "Hey, Kevin,

5   you're not getting the pizzas on time to our customers."

6   Is that right?

7       A    Well, yeah.

8       Q    Yes.  And you never got a complaint like that?

9       A    No.

10      Q    No.  Okay.

11      A    I got a complaint about driving fast, because

12  some customers called the store and they talked like: "He

13  went through the light, and he like was like very crazy

14  driving", and I was like trying to get on time.

15      Q    You mean a customer called you up for driving

16  fast?  Is that what you're saying?

17      A    No, they called the store and they told about my

18  white car and all of that.  "Ah, he's driving fast."  And

19  I tried to explain that I was going to deliver a pizza and

20  the manager at that time told me like: "Okay.  You should

21  go fast, but not that fast."

22      Q    Okay.  So, somebody reported you on driving

23  fast?

24      A    Yeah.  I took it like a joke, because I was

25  doing my job, literally.

1     Q    Okay.  Alright.  And are you aware that Domino's

2  Pizza has an area of service within each store?  Are you

3  aware of that?

4     A    Yeah.

5     Q    So, for example, somebody from, let's say

6  Aguadilla or Isabela, cannot call the Yauco store and say:

7  "Hey, I want a pizza from the Yauco store."  Right?

8     A    No.

9     Q    Because if they do, the person attending the

10  call in Yauco is going to say: "No, you need to call your

11  nearest store in Aguadilla", or something like that.  Is

12  that right?  Am I right?

13     A    Yeah.

14     Q    Yes.  And so, isn't it also true, Kevin, that

15  within the township of Mayagüez, there are areas where

16  Domino's will not serve pizzas?

17     A    Yeah, I know, I'm aware of that.

18     Q    Yes, you're aware of that.  Because if they did,

19  they would not comply with the thirty minutes.

20     A    No.

21     Q    Okay.

22     A    Even without that destination that you told me

23  that is not the entire Mayagüez, we don't get the pizzas

24  at thirty minutes, because of all the lights and the

25  traffic.  Mayagüez is kind of heavy in that aspect, the

1   same like San Juan.

2       Q    So, you mean that during rush hour maybe you

3   could not deliver a pizza within thirty minutes?  Is that

4   what you're saying?

5       A    No, maybe I get out of the store with two

6   deliveries for different locations, and my estimated time

7   would be like forty, fifty, not an hour, but with the

8   first one I would get there like in forty minutes, and the

9   other one like forty minutes and that's too much.

10      Q    But you don't recall ever having had a complaint

11  by any of the customers saying: "Hey, Kevin did not bring

12  me the pizza within time."  You don't recall, you don't

13  recall receiving that?

14      A    No.

15      Q    Okay.  No.  So, Kevin, let's take a, let me take

16  a five-minute break here.

17      A    Okay.

18      Q    If you need to go to the bathroom, please do.

19  It's going to be just five minutes, so, you know.

20  MR. VICENTE:

21      Francisco, be back in five minutes.  Is that alright?

22  MR. COLÓN:

23      Alright.

24  MR. VICENTE:

25      Okay.

```
 1                        OFF THE RECORD
 2    MR. VICENTE:
 3         Off the record we were discussing an issue with the
 4    exhibits.    Crespo  &  Rodríguez  already  has  Exhibit
 5    Number 2.  Apparently they have not seen or they don't
 6    have a copy of Exhibit 1, I'm going to send it to them,
 7    but Exhibit Number 1 was the long, kind of orange flyer,
 8    I'll put it up again so that you can see it.  Alright?
 9    Cisco, you see that?  That's going to be Exhibit 1.
10    MR. COLÓN:
11         Okay.
12    MR. VICENTE:
13         Okay.  And I'll send it to Crespo & Rodríguez.  Okay.
14    So, we'll mark Exhibit 3 the Complaint.  Okay?  Which is
15    that one that's on the screen now.
16    MR. COLÓN:
17         Harold, can you send me by e-mail the exhibits?
18    MR. VICENTE:
19         Yeah, what I'll do is I'll send them altogether.
20    I'll mark them.
21    MR. COLÓN:
22         Okay.  Perfect.
23    MR. VICENTE:
24         I'll mark them and then I'll send them altogether.
25
```

1    MR. COLÓN:

2        Okay.  Thank you.

3    MR. VICENTE:

4        Alright.

5        Q    So, Kevin, in addition to what we have discussed

6    the $7.25, plus the $1.00 per delivery, you also received

7    tips from the customers that received the pizzas.  Is that

8    right?

9        A    Correct.

10       Q    Correct.  And do you have a recollection or any

11   records of how many tips or dollars you would receive in

12   tips per week?

13       A    No.

14       Q    No?

15       A    No.

16       Q    Any evidence, documents?

17       A    No.

18       Q    Did you report on your income tax returns the

19   tips, money you received from customers?

20       A    No.

21       Q    No.  And what would be your estimate of how much

22   money you would receive per week on tips?

23       A    In a week, maybe $10.00.

24       Q    How many deliveries did you do during a week?

25       A    A lot, but people usually don't give tips.

1    Q    People usually don't give tips?

2    A    No.  They usually give you the exact money.  And

3    you'll like be on your way it kind of be like a rich place

4    or something, but most of the cases in Mayagüez, they

5    don't give tips.

6    Q    Do you recall discussing the fact that Mayagüez

7    customers were not good tippers with other coworkers or

8    employees?

9    A    Say it again?  I didn't understand the question.

10   Q    Do you recall ever discussing with other of your

11   fellow drivers, that people in Mayagüez were not good

12   tippers?

13   A    Oh, yeah, yeah, yeah.  A lot of times.  Like,

14   yeah.  Like we came from a delivery and we said like we

15   were in that address with the, yeah, the nice guy and like

16   we remember the guys that don't pay tips, or the people

17   that don't pay tips.

18   Q    And who did you discuss, with what other drivers

19   did you discuss this tips issue with?

20   A    With José Salichi.

21   Q    José Salichi?

22   A    Yes.

23   Q    One follow up question from other topics we were

24   discussing earlier.  You're currently unemployed.  Are you

25   collecting unemployment benefits?

1      A     Say that again?  I didn't understand.

2      Q     It's my understanding that you're currently

3    unemployed.   And my question is, are you collecting

4    unemployment benefits...

5      A     Yes.

6      Q     ...of the government?

7      A     Yes.  At first I was trying to get unemployment

8    benefits with Domino's, but they neglected(sic) the help,

9    and they like, Marco's Pizza accepted the, all the

10   procedure of doing the unemployment benefits, but with

11   Domino's, they didn't give me nothing.  They rejected the

12   benefits.

13     Q     You said "at first", but now you are collecting?

14     A     Yeah, because I was unemployed, but I had to

15   wait from last year to October 11 to my first unemployment

16   benefit form to expire to then open another one.

17     Q     I didn't get that, Kevin.  I did not get what

18   you said.  Say that again.

19     A     Okay.   When I was...  Can you repeat the

20   question again?

21     Q     My question was a follow up to your answer.

22   Because you clarified that "at first"...

23     A     Okay.

24     Q     ...Domino's objected or something happened with

25   your unemployment benefits.   But that now you are

1   receiving unemployment benefits.

2       A    Yeah, with Marco's Pizza, because with Domino's,

3   I got to the 'Departamento del Trabajo' and I asked if I

4   can get the benefits, and Domino's rejected, because I

5   think the 'patrono' is the people that pay you, not

6   'Departamento del Trabajo'.    They like get an

7   authorization.   The employer is the one that pays you.

8       Q    Okay.    The fact is, you are receiving

9   unemployment benefits now from the government.

10      A    Yeah.

11      Q    Yes.   Okay.   Did you receive any of the Federal

12  assistance for the PUA?   For the...

13      A    No.

14      Q    No?   You haven't received any of those?

15      A    No.

16      Q    Alright.   Did you at any time use any kind of

17  dispositive or system to track the mileage that you would

18  move in deliveries in Mayagüez?

19      A    No.    There's no application for mileage.   At

20  Marco's Pizza, they have an application, but at Domino's,

21  no.

22      Q    Oh, okay.   So, Domino's Pizza did not, you did

23  not use one, and Domino's Pizza did not provide you one to

24  track the mileage?

25      A    No.   The only thing that they have in Domino's

1  Pizza is when you clock in, you put your information, and

2  at the bottom of the screen on the computer it says "begin

3  odometer" and "end odometer", but it's faded, so you can't

4  type in that line.

5      Q    Can or can't?  Can or can't type?  Can or

6  cannot?

7      A    Cannot, cannot.

8      Q    Okay.

9      A    You cannot type anything on that form, 'ese

10  campo', you can't write there anything.  You can't write

11  your numbers, or nothing, only clock in, clock out, and

12  break.  But they have an option that they can pay you

13  mileage, and they can tract mileage on their computer on

14  Domino's, but they have it faded, they have it like locked

15  on the computer, you can't access that information.

16      Q    So, you never filled that information out?

17      A    No, because you can't type in the 'campo', you

18  can't write.

19      Q    Okay.  You can or cannot?

20      A    Cannot, you cannot type on it.

21      Q    So, you did not type it in because you could not

22  do it?

23      A    No, because the system does not let you do it.

24      Q    Exactly.

25      A    Yeah.

```
 1        Q     Okay.  And did you question anybody about that?
 2        A     At some point, yeah, the general manager at
 3   Mayagüez, but they told me that that was a system from the
 4   United States, and they, in Puerto Rico, they didn't use
 5   that.
 6        Q     Okay.  And who is this person that you spoke
 7   with?
 8        A     Alejandra Morales.
 9        Q     Alejandra Morales?
10        A     Manager at the time.
11        Q     Okay.  Do you know, Kevin, if Domino's Pizza
12   ever made any analysis as to the mileage to be contained
13   within the areas of service of each store?  Do you know
14   that?
15        A     If I know or do not know?
16        Q     Are you aware if Domino's Pizza did any type of
17   analysis to ascertain the mileage to which they would
18   service from each store, the mileage around the store?
19        A     In the time that I was working, they never did
20   an analysis.
21        Q     Are you aware of that?
22        A     Yeah.
23        Q     And who did, how did you become aware that they
24   did not do it?  Did you ask somebody?
25        A     Yeah, the manager.  Usually the person that
```

```
 1    controls the time on the drives is people from San Juan
 2    that come and check, and we usually get visits one time,
 3    one time, two months.
 4         Q    Okay.  Who did you ask?
 5         A    The manager at the time.
 6         Q    Alejandra...
 7         A    Morales, yes.
 8         Q    ...Morales?
 9         A    Yes.
10         Q    And what did she say?
11         A    That the people that do the analysis they are in
12    San Juan, and the people in charge of that, if I don't,
13    Dilia, that's the person that's in charge of that.
14         Q    Delia?
15         A    Yeah.
16         Q    D-I-L-I-A?
17         A    Dilia.
18         Q    And she's in charge of what?
19         A    She comes to the stores, the time that she came
20    to the store that I saw her the first time, she came to
21    the store, she observes the pizza with a thermometer if
22    it's in good heat, she puts poster boards on the wall for
23    writing the time on the deliveries, not the mileage.
24         Q    Oh, okay.  Alright.  So, perhaps you did not
25    understand my question.  Let me, let's clarify this.  This
```

1    person Dilia, and you spoke with Alejandra about the

2    delivery times of making sure that the pizzas would get

3    there warm enough.  Is that what you're saying?

4         A    Uh-huh.

5         Q    Okay.  Yes?

6         A    Yes.

7         Q    Okay.  My question though, Kevin, was are you

8    aware, okay, if Domino's Pizza ever analyzed the areas of

9    service, the mileage around the store to which they would

10   service?

11        A    I'm aware, yeah.

12        Q    You're aware?

13        A    Yeah.

14        Q    And what are you aware of?

15        A    That they did not do it.

16        Q    That they did not do what?

17        A    Check the mileage on the, on the city limits on

18   Mayagüez.  Maybe they did it on the computer, but in

19   person, I've never seen anybody.  In the time that I was

20   working, usually when you start working at Domino's,

21   there's somebody that sits with you and tells you where's

22   the main locations of the restaurant.  But they don't like

23   give you something so you can make up evidence, or like

24   put up evidence in a paper so you can get exactly what you

25   need in money wise, like delivery tips, like the $1.00 per

1    delivery, that's, I think it's a bad system in that way,

2    like a bad maneuver.

3        Q    A bad what?

4        A    A bad maneuver.

5        Q    Okay.  So, you are...  It is your understanding

6    that nobody in Domino's did that, because you never saw

7    somebody come to the store and analyze it?  Is that your

8    testimony?

9        A    Uh-huh.

10       Q    Yes?

11       A    Yes.

12       Q    Okay.

13       A    Even in the time when I was working, I would

14    like give ideas when 'mercadeo'...

15       Q    Marketing.

16       A    ...marketing put flyers, posters on the light

17    posts, and every idea that we get, we always talk to Leo,

18    Leo is the chief of Marketing.  I don't remember his last

19    name.  But we also tried to like talk to him, and did like

20    extra work in marketing the place, because we may be low

21    on hours, and we needed our hours, and so we needed more

22    customers.  And then we put out the idea, but they never

23    get it, like we can do this, we can do that, but they

24    never like, they like never heard you.

25       Q    Who's Leo?

1        A      Leo is, I think he's the chief of Marketing.  I

2   never saw him in person.

3        Q      Okay.    And  how  exactly  was  it  that  you

4   transmitted ideas to Leo if you never saw him?

5        A      No, no, I transmitted the ideas to the employer,

6   the manager at the restaurant, so they can talk to him, or

7   talk to a higher person in position, so they can like get

8   the idea, maybe like do it, and maybe it would be all good

9   and...

10       Q      These ideas or marketing ideas were in order to

11  attract more customers to Domino's Pizza?

12       A      Yeah.

13       Q      This  has  nothing  to  do  with  your  alleged

14  complaint that you were not being compensated fairly as

15  you described it?

16       A      Yeah, I know, I add it up.

17       Q      Okay.

18       A      Yeah.

19       Q      While you worked for Domino's Pizza, Kevin, did

20  you always use the same car?  I understand you used a 2011

21  Toyota Yaris.

22       A      Yes.

23       Q      Okay.   You never used another or a different

24  vehicle?

25       A      No, they don't let you.  You can't clock in if

1   you have another vehicle.  You have to be registered on

2   the company.  But it was the only car that I used.

3        Q    Okay.  Is it your testimony that the company

4   requires  the  car  to  be  registered  to  your  name  as  the

5   driver?

6        A    Yeah.

7        Q    So, if you did not own a car, and say your mom

8   had a car, you would not be able to drive for Domino's and

9   say, you know, "I have my permission from my mother, and

10  here's my permission, it's her car and I'm allowed to use

11  it."

12       A    No, they don't, they always told me like if you

13  have a different car, and you don't have your personal car

14  and you have an accident, we can't pay you for expenses,

15  or injury, or something, if it's not your car.  So, I

16  assume  that  you  need  your  car.   If  you  can  make  an

17  authorization with your family and they can do it, fine.

18       Q    Okay.  So, you're assuming this?

19       A    Uh-huh.  Yes.

20       Q    Yes.  Okay.  So, you do not know for a fact that

21  that  is  a  policy  of  the  company?   There  could  be  other

22  drivers that do not own cars, but...

23       A    When I...

24       Q    Hold on, Kevin, let me finish the question.  But

25  their parents own a car and they bring the car to work,

1    they register the car under their parents name, and have

2    an authorization to use it, and they're allowed to use it.

3    Is that right?

4         A    When I started, they didn't tell me nothing of

5    it.

6         Q    So, you're assuming that that was the policy,

7    but you're not certain that is.

8         A    That's what they told me.  Like:  "You need your

9    private car.  Do you have a private car?"  And I said:

10   "Yeah."

11        Q    Kevin, the tips you would receive, you would not

12   have to turn them into the company to be calculated.

13   Those tips were yours and you would put them in your

14   pocket, and they were yours.  Right?

15        A    Uh-huh.  Yes, correct.

16        Q    They were not shared with other drivers, they

17   were your tips to have?

18        A    Correct.

19        Q    Yes?

20        A    Yes, correct.

21        Q    Give me one second.   I want to clarify

22   something.  Hold on one second.  Alright.  Kevin, now you

23   said you had the Interrogatories and the Answers to

24   Interrogatories there in front of you?

25        A    Yeah.

1      Q     Okay.  And isn't it true, Kevin, that the only

2  documents you produced, you have produced in this case up

3  to now are your resume, and the Certificate of Achievement

4  for safe food handling.  Is that right?

5      A     Uh-huh.

6      Q     Yes or no?

7      A     Yes.

8      Q     Yes.  You have not produced any other documents,

9  no records of gasoline payments, tires, costs, wipers,

10  maintenance, oil changes, none of that you have?

11      A     No.

12      Q     No.  The only other item you mentioned was

13  insurance, and you said you had those because those were

14  the records of paying your registration every year, that

15  would contain that information.  Right?

16      A     Correct.

17      Q     Yes?

18      A     Yes.

19      Q     Okay.  So, you have already testified that you

20  have not discussed this case with any of the other

21  co-drivers at Domino's.  Right?

22      A     Correct.

23      Q     Can you tell us why it is that even though you

24  have filed a class action complaint you have not

25  endeavored to discuss this matter with any of he other

1    co-workers you had while working at Domino's?

2         A    Because they are not my friends, they are my

3    co-workers.    I don't, I don't have an extensive

4    conversation with my co-workers, I only go to work and

5    make money.   I found out about that in my house, and I

6    filled it out in my house, and I'm here.   I didn't ask for

7    any help from anybody, because I usually don't talk to

8    anybody.  So, no...

9         Q    You did not find it would have been important

10   for you to discuss these allegations, in view of the fact

11   that you are attempting to represent them in a class

12   action complaint?

13        A    Yeah, I should have, but I didn't know somebody

14   that could help me out, so I did it alone.   But we on this

15   paying unfairly, we're on the same boat.   We're being,

16   we're being, for me we're being discriminated, because we

17   do a good job delivering the product.   I know that there

18   are people higher in our position, but we are an important

19   role in the business, too, because we get the product to

20   the people.   So, we can have benefits, superior benefits.

21        Q    So, you are...  Go ahead, finish.   Finish what

22   you were saying.

23        A    So, the employer can feel safe money wise.

24   That's about it.   You can continue.

25        Q    Now you mentioned the word "discriminated

1    against."  Right?

2         A    Uh-huh.

3         Q    And I want to clarify.  The fact is, Kevin, you

4    were paid $7.25 an hour, and you were also paid $1.00 per

5    delivery.  Okay?  So, you were being paid in excess, if

6    you were paid $1.00 per delivery, you were receiving an

7    excess of minimum wage.

8         A    Yeah, that's $1.00 that does not compensate the

9    milage that we run.

10        Q    Okay.  We may have a difference.  You may feel

11   that that was not sufficient.  Alright?

12   MR. COLÓN:

13        Harold, you're getting into a legal issue whether or

14   not it's in excess of the minimum wage.  That's precisely

15   the Complaint, and it's a legal issue.  So, I mean, fight

16   with him, if you want, I would suggest you don't.

17   MR. VICENTE:

18        Thank you, Cisco, I'll take it under advisement and

19   I'll continue my interrogatory.

20        Q    The fact is, that you were paid both, $7.25 plus

21   $1.00 per delivery.  Okay?

22        A    Uh-huh.

23        Q    Do you...  Have you been interviewed, or have

24   you discussed the facts that you allege in this Complaint

25   with anybody other than your lawyers?

1      A    No.

2      Q    No.  Has anybody, any experts interviewed you

3  and asked you questions about the facts you're alleging in

4  this Complaint?

5      A    No.  Besides my attorney, nobody else.

6      Q    Okay.

7  MR. VICENTE:

8      Give me, give me five minutes, Cisco.  I want to see

9  what else I want to discuss with Kevin.  I may be close to

10  being done.

11  MR. COLÓN:

12      Okay.

13  MR. VICENTE:

14      Alright?

15                        OFF THE RECORD

16  MR. VICENTE:

17      Okay.  I'm back.

18  MR. COLÓN:

19      I'm back, too.

20  MR. VICENTE:

21      Missing Kevin?  Right?

22  MR. COLÓN:

23      Yeah, I'm sure he's...  There he is.  Okay.

24  MR. VICENTE:

25      Alright.

1      Q      Kevin, can you hear me?

2      A      Yeah.

3      Q      Alright.  I only have one or two more questions,

4   or maybe just one.   When I asked you earlier if you

5   recalled starting, finishing your work with the prior

6   Mayagüez store operator, and your starting in February

7   with the new operator, whether you had signed an

8   employment contract, you said that you had received a

9   manual, but you do not recall having signed an employment

10  contract.  Am I correct?

11     A      Correct.

12     Q      Okay.  Let me show you this.  Do you see that

13  employment contract there?

14     A      Yeah.

15     Q      Is that your signature there where it says

16  'firma del empleado'?

17     A      Oh, yeah.

18     Q      Okay.  So, it says Employment Contract as driver

19  for deliveries for FOT Investments.  Do you see that on

20  the top?

21     A      Yeah, but that paper was not given to me on the

22  same day that the rules that they gave, no.

23     Q      Okay.

24     A      They sent it on, I think, no, no, that was not

25  e-mail.  I know they requested a receipt in the mail.

1    Q    Okay.  But now that you see this employment

2    contract, you do recall having signed this?

3    A    Yeah, yeah, yeah.

4    Q    Okay.  So, you signed that employment contract

5    and what you were discussing before is that in addition to

6    this, even though it wasn't the same day, you did receive,

7    and recall having received the policies, and manuals, and

8    procedures of the company.

9    A    Correct.

10    Q    Okay.  And you received that every time there

11    were any changes.  Right?  Because if at some point in

12    time the manuals changed, you would get a new manual, and

13    you would have to provide an acceptance of delivery of

14    those policies.  Do you recall that happening?

15    A    I had a user manual, but they didn't change it

16    in three years.

17    Q    Okay.

18    A    So, I was with the old manual, I think.

19    Q    Alright.  So, let me show you another document

20    and we're almost done here.  Okay.  Now I am showing you

21    what is the receipt of the manual of policies and

22    procedures of Domino's.  Do you see that?

23    A    Yeah.

24    Q    That's also signed the 15th of February of 2017.

25    Is that right?

1       A    Yeah.

2       Q    Okay.  So, you received that one when you began

3  working for FOT?

4       A    For FOT, yeah.

5       Q    Yes.  And then, you said your recollection was

6  that those manuals never changed, but I'm going to show

7  you another document now to make sure that, to see if you

8  recognize this one.  This is the same receipt of manual of

9  procedures, but now they were changed sometime in 2019.

10  Do you see that edition of 2019?

11      A    Okay.  That was, that was sent to me in the

12  Yauco store.

13      Q    Alright.  But it says here 20 May 2019.  So,

14  sometime in May 20, 2019, you received a revised or an

15  edition, a new edition of the policies and procedures.

16      A    I only received that receipt, but I never

17  received an updated manual.  I always had the old one.

18  They only made me like sign that, but I didn't have a new

19  manual.

20      Q    Did you read what it says here, what's stated

21  here before signing it, Kevin?

22      A    Yeah.

23      Q    Okay.  Isn't it a fact here that on the first

24  sentence, on number one, it says that you certify that you

25  received the manual of policies and procedures?  Isn't

1    that what it says?  And you signed this.

2        A    Yeah, and they told me that they would send the

3    user guide by e-mail and they never sent it.

4        Q    Okay.  So, you're testifying...  Go ahead,

5    finish, finish.

6        A    No, no, tell me.

7        Q    Okay.  So, your testimony is that even though

8    you signed and certified that you received it, your

9    testimony is that you did not receive it.

10       A    No.

11       Q    Kevin, what is your e-mail address, or what was

12   your e-mail address at that time?

13       A    Rosselló.matias@gmail.com

14       Q    Okay.

15       A    Double "s", just in case I didn't say it.

16       Q    Alright.  Alright, Kevin, thank you very much

17   for having attended the deposition.  I have no further

18   questions at this time.

19       A    Okay.

20   MR. COLÓN:

21       I've got a few, but we should be able to go through

22   them very quickly.

23                    CROSS EXAMINATION

24   BY MR. COLÓN:

25       For the record, attorney Francisco Colón.

1      Q     Kevin, you mentioned that there was a, you

2   mentioned this process, or these things that you did

3   regarding answering an ad on Facebook, speaking to someone

4   over the phone, you know, in regards to your response to

5   that advertisement, etcetera.  My question to you is, if

6   those phone calls related to that advertisement, if any of

7   those phone calls were with me?

8      A     No.

9      Q     Okay.  My other question to you is, when you

10  were paid $1.00 per delivery in Mayagüez, did you decide

11  that?

12     A     No.

13     Q     Were you given a choice as to whether to be

14  compensated for the use of your car in any other way?

15     A     No.

16     Q     Okay.  Could you work as a Domino's Pizza driver

17  if you did not have your own car?

18     A     No.

19     Q     So, would Domino's have a car available at the

20  store for drivers who did not have their own car to use?

21     A     Repeat that question.  Sorry.

22     Q     Did Domino's Pizza have a company car at the

23  store that a driver could use if he did not have his own

24  car?

25        A     No.  I believe that's in the United States only.

1          Q     Okay.

2     MR. COLÓN:

3          I have no further questions, Harold.

4     MR. VICENTE:

5          Okay.  Very few.

6                    REDIRECT EXAMINATION

7     BY MR. VICENTE:

8          Q     Kevin, when you signed your employment contract,

9     you were aware of what the terms and conditions of the

10    employment were.  You were going to be paid $7.25 per

11    hour, plus $1.00 per delivery.  Is that right?

12         A     Correct.

13         Q     And you accepted that job?

14         A     Correct.  But on the...

15         Q     Did you accept that job?  Yes or no?

16         A     Let me, let me, let me say something first.

17    When I started working, they did not tell me that it was

18    going to be $1.00 per trip.  They only told me like $7.25

19    and that you'll get a compensation for the delivery.  When

20    I started working, I saw that it was $1.00.  If I signed

21    a document that said it, maybe I didn't read it, I didn't

22    read that part.  But I accept that, yes.

23         Q     You accepted it.  Even though now you say that

24    you were not told, eventually you did find out, and you

25    decided to stay working under those conditions.

1        A      Yeah, I decided to stay, because I needed work

2    and money.

3        Q      Okay.

4        A      I didn't have a lot of options in my life right

5    now.

6        Q      And to the last question Mr. Colón Ramírez posed

7    to you whether Domino's had a company car for you to use,

8    you said you believed that that was the case in the United

9    States?

10       A      No, I know that that is a fact in the United

11   States, because I saw the car.  They have an electronic

12   car an on man car and there's a private company car.

13       Q      And where was this that you saw this?

14       A      Well, the on man car on the internet.  The cars

15   in the company, in Orlando.

16       Q      I'm trying to figure out the on man car.  What

17   is that?

18       A      I don't know how it's called, but it's a car

19   that does not use a driver, it's only mechanics, it's like

20   an RC toy.

21       Q      Like a drone?

22       A      Yeah.

23       Q      And where did you see this?

24       A      On the internet.  But the car that they had from

25   the company, that they're driven by actual people, in

1    Orlando, at Domino's Pizza in Orlando.  OBT, Orange

2    Blossom Trail, Río Grande Avenue.

3         Q    Okay.  And did you work for them at some point

4    in time?

5         A    No, I was waiting for my three years permit for

6    the license to drive as a delivery.

7         Q    And how did you find out about that those cars

8    were company owned?

9         A    Because they are labeled all over around it.

10   They are labeled.  They have labels.  Not like my car, my

11   car only uses like a 'biombo', but that car was labeled

12   entirely and it says maybe on the left side or right side,

13   I don't remember right now, it says that it's owned by the

14   company.

15        Q    Did you see a registration on the name of the

16   company car?  Did you see the registration?

17        A    Of that vehicle?  No.

18        Q    Okay.  So, you're assuming by the fact that this

19   car was labeled all around, you're assuming that that car

20   was company owned.

21        A    I'm not assuming, I'm telling you, because I saw

22   the sticker that said that this vehicle is registered or

23   provided by something like that that it says, always on

24   the bumpers that the cars like AT&T has, and they have it:

25   "If this vehicle is driven negligently, please call", and

1    that's what I saw.

2         Q    Okay.

3    MR. VICENTE:

4         Anything else?  I have nothing further, Cisco.

5    MR. COLÓN:

6         Neither do I.

7    MR. VICENTE:

8         Alright.  Thank you, Kevin.

9    DEPONENT:

10        Thank you.

11   MR. VICENTE:

12        Have a safe drive back to Mayagüez.

13   DEPONENT:

14        Thank you.

15                      OFF THE RECORD

16   MR. VICENTE:

17        We're back on the record to clarify that the last

18   exhibit that I showed Kevin were part of his employee

19   file, and that would be marked as Exhibit 4, and I will

20   send it to Crespo & Rodríguez.  Okay?

21   MR. COLÓN:

22        Harold, I assume that's the employee file that you

23   produced in this case.  Correct?

24   MR. VICENTE:

25        The same one that you have.

1    MR. COLÓN:

2         Perfect.  Alright.  Thank you.

3    MR. VICENTE:

4         Okay.  Bye.

5    MR. COLÓN:

6         Bye.

7         Whereupon, the deposition in the above-named matter

8    was concluded.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   DATE       :    MARCH 17, 2021

2   TIME       :    2:00 P.M.

3   CIVIL NO. :     3:19-CV-01307 (ADC)

4   DEPONENT   :    MR. KEVIN O. MATÍAS ROSELLÓ

5

6                   CERTIFICATE OF COURT REPORTER

7

8        I, JORGE CUADRADO LÓPEZ Court Reporter, and member of

9   Crespo & Rodríguez, Inc.:

10       DO HEREBY CERTIFY:  That the foregoing transcript is

11   a full, true and correct record of the testimony given

12   which was recorded by me, and thereafter reduced to the

13   typewritten form.

14       I FURTHER CERTIFY:  That I am not in any way involved

15   or interested in the outcome of said action.

16       WITNESSETH my hand this 05 day of April, 2021, in San

17   Juan, Puerto Rico.

18

19

20

21

22                                   JORGE CUADRADO LÓPEZ

23                                       COURT REPORTER

24

25

1    CIVIL NO.: 3:19-CV-01307        DATE: MARCH 17, 2021

2                         CERTIFICATION

3         I have read the transcription of my deposition taken

4    on March 17, 2021 in the referenced case.

5              ____        I do not have any corrections.

6              ____        I have the following corrections:

7

8                                   KEVIN O. MATÍAS ROSELLÓ

9                                        DEPONENT

10   LIST OF SUGGESTED CORRECTIONS:

11   PAGE        LINE       TEXT OF              SUGGESTED

12                          TRANSCRIPT           CORRECTIONS

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   NOTE: The only valid corrections are those that the

24   deponent understands that are in the transcription, not

25   changes as to what was said.

```
1   DATE       :    March 17, 2021

2   TIME       :    2:00 P.M

3   CIVIL NO. :     3:19-CV-01307

4   DEPONENT   :    MR. KEVIN O. MATÍAS ROSELLÓ

5

6                   CERTIFICATE OF NOTARY PUBLIC

7

8        I, REYNALDO QUINTANA LATORRE, ESQ., attorney at law

9   and notary public, duly commissioned and qualified in the

10  Commonwealth of Puerto Rico;

11       DO  HEREBY  CERTIFY:   That  by  stipulation  of  the

12  parties  I  acted  as  notary  public;  that  the  foregoing

13  deposition  was  taken  on  the  date  and  time  heretofore

14  mentioned; and that the Reporter, the interpreter and the

15  Deponent were sworn by me before the commencement of the

16  taking of the Deponent's testimony.

17       IN WITNESS WHEREOF:  I sign this document and affix

18  my notarial seal in San Juan, Puerto Rico on the _____

19  day of _____, 2021.

20

21

22

23                          REYNALDO QUINTANA LATORRE,ESQ.

24                                  NOTARY PUBLIC

25
```