# FOT Investments LLC
655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

**EXHIBIT 7**

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

### Check Date: 3/10/2017

| EMP ID | EMPLOYEE NAME AND ADDRESS | Classification / Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX / GASOLINE | SS / CHOF EE | MED | DIS EE | IMBURSEME | NET / CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 18.10 0.30 | 7.25 7.25 | 131.23 2.18 | 133.41 | 0.00 | -8.27 -0.50 | -1.93 | | | 122.71 00035 |
| TOTAL FOR : 3/10/2017  1 RECORDS | | | | 03/10/17 | Reg Hrs Meal Penalty | 18.10 0.30 | | 131.23 2.18 133.41 | 133.41 | 0.00 | -8.27 -0.50 | -1.93 | | | 122.71 |

### Check Date: 3/17/2017

| EMP ID | EMPLOYEE NAME AND ADDRESS | Classification / Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX / GASOLINE | SS / CHOF EE | MED | DIS EE | IMBURSEME | NET / CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 18.62 0.93 | 7.25 7.25 | 135.00 6.74 | 141.74 | 0.00 | -8.79 -0.50 | -2.06 | | | 130.39 00390 |
| TOTAL FOR : 3/17/2017  1 RECORDS | | | | 03/17/17 | Reg Hrs Meal Penalty | 18.62 0.93 | | 135.00 6.74 141.74 | 141.74 | 0.00 | -8.79 -0.50 | -2.06 | | | 130.39 |

### Check Date: 3/24/2017

| EMP ID | EMPLOYEE NAME AND ADDRESS | Classification / Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX / GASOLINE | SS / CHOF EE | MED | DIS EE | IMBURSEME | NET / CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 20.38 0.93 | 7.25 7.25 | 147.75 6.74 | 154.49 | 0.00 | -9.58 -0.50 | -2.24 | | | 142.17 00741 |
| TOTAL FOR : 3/24/2017  1 RECORDS | | | | 03/24/17 | Reg Hrs Meal Penalty | 20.38 0.93 | | 147.75 6.74 154.49 | 154.49 | 0.00 | -9.58 -0.50 | -2.24 | | | 142.17 |

### Check Date: 3/31/2017

| EMP ID | EMPLOYEE NAME AND ADDRESS | Classification / Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX / GASOLINE | SS / CHOF EE | MED | DIS EE | IMBURSEME | NET / CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 20.35 0.65 | 7.25 7.25 | 147.54 4.71 | 152.25 | 0.00 | -9.44 -0.50 | -2.21 | | | 140.10 01100 |
| TOTAL FOR : 3/31/2017  1 RECORDS | | | | 03/31/17 | Reg Hrs Meal Penalty | 20.35 0.65 | | 147.54 4.71 152.25 | 152.25 | 0.00 | -9.44 -0.50 | -2.21 | | | 140.10 |

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

### Check Date: 4/7/2017

| 4/7/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs | 22.12 | 7.25 | 160.37 | 160.37 | 0.00 | -9.94 -0.50 | -2.33 | | | 147.60 01559 |
| TOTAL FOR : 4/7/2017   1 RECORDS | | | | | 04/07/17 | Reg Hrs | 22.12 | | 160.37 160.37 | 160.37 | 0.00 | -9.94 -0.50 | -2.33 | | | 147.60 |

### Check Date: 4/14/2017

| 4/14/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs Meal Penalty | 25.78 0.88 | 7.25 7.25 | 186.91 6.38 | 193.29 | 0.00 | -11.98 -0.50 | -2.80 | | | 178.01 01930 |
| TOTAL FOR : 4/14/2017   1 RECORDS | | | | | 04/14/17 | Reg Hrs Meal Penalty | 25.78 0.88 | | 186.91 6.38 193.29 | 193.29 | 0.00 | -11.98 -0.50 | -2.80 | | | 178.01 |

### Check Date: 4/21/2017

| 4/21/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs Meal Penalty | 29.77 0.55 | 7.25 7.25 | 215.83 3.99 | 219.82 | 0.00 | -13.63 -0.50 | -3.19 | | | 202.50 02303 |
| TOTAL FOR : 4/21/2017   1 RECORDS | | | | | 04/21/17 | Reg Hrs Meal Penalty | 29.77 0.55 | | 215.83 3.99 219.82 | 219.82 | 0.00 | -13.63 -0.50 | -3.19 | | | 202.50 |

### Check Date: 4/28/2017

| 4/28/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs Meal Penalty | 20.93 0.17 | 7.25 7.25 | 151.74 1.23 | 152.97 | 0.00 | -9.48 -0.50 | -2.22 | | | 140.77 02671 |
| TOTAL FOR : 4/28/2017   1 RECORDS | | | | | 04/28/17 | Reg Hrs Meal Penalty | 20.93 0.17 | | 151.74 1.23 152.97 | 152.97 | 0.00 | -9.48 -0.50 | -2.22 | | | 140.77 |

Page : 2 of : 12
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:57:49 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

## Check Date: 5/5/2017

| 5/5/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS GASOLINE | PRTAX | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 18.70 0.58 | 7.25 7.25 | 135.58 4.20 | 139.78 | 0.00 | -8.67 -0.50 | -2.03 | | | 128.58 03040 |
| TOTAL FOR : 5/5/2017  1 RECORDS | | | | 05/05/17 | Reg Hrs Meal Penalty | 18.70 0.58 | | 135.58 4.20 139.78 | 139.78 | 0.00 | -8.67 -0.50 | -2.03 | | | 128.58 |

## Check Date: 5/12/2017

| 5/12/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS GASOLINE | PRTAX | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 24.75 1.03 | 7.25 7.25 | 179.44 7.47 | 186.91 | 0.00 | -11.59 -0.50 | -2.71 | | | 172.11 03412 |
| TOTAL FOR : 5/12/2017  1 RECORDS | | | | 05/12/17 | Reg Hrs Meal Penalty | 24.75 1.03 | | 179.44 7.47 186.91 | 186.91 | 0.00 | -11.59 -0.50 | -2.71 | | | 172.11 |

## Check Date: 5/19/2017

| 5/19/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS GASOLINE | PRTAX | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 24.52 0.30 | 7.25 7.25 | 177.77 2.18 | 179.95 | 0.00 | -11.16 -0.50 | -2.61 | | | 165.68 03788 |
| TOTAL FOR : 5/19/2017  1 RECORDS | | | | 05/19/17 | Reg Hrs Meal Penalty | 24.52 0.30 | | 177.77 2.18 179.95 | 179.95 | 0.00 | -11.16 -0.50 | -2.61 | | | 165.68 |

## Check Date: 5/26/2017

| 5/26/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS GASOLINE | PRTAX | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 29.20 0.47 | 7.25 7.25 | 211.70 3.41 | 215.11 | 0.00 | -13.34 -0.50 | -3.12 | | | 198.15 04156 |
| TOTAL FOR : 5/26/2017  1 RECORDS | | | | 05/26/17 | Reg Hrs Meal Penalty | 29.20 0.47 | | 211.70 3.41 215.11 | 215.11 | 0.00 | -13.34 -0.50 | -3.12 | | | 198.15 |

Page : 3 of : 12
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:57:51 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque  
Los Colobos Area  
Carolina PR 00987-2502

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

### Check Date: 6/2/2017

| 6/2/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs | 17.72 | 7.25 | 128.47 | 128.47 | -5.00 | -7.97 -0.50 | -1.86 | | | 113.14 04522 |
| TOTAL FOR : 6/2/2017  1 RECORDS | | | | 06/02/17 | Reg Hrs | 17.72 | | 128.47 128.47 | 128.47 | -5.00 | -7.97 -0.50 | -1.86 | | | 113.14 |

### Check Date: 6/9/2017

| 6/9/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 30.80 1.57 | 7.25 7.25 | 223.30 11.38 | 234.68 | -5.00 | -14.55 -0.50 | -3.40 | | | 211.23 04877 |
| TOTAL FOR : 6/9/2017  1 RECORDS | | | | 06/09/17 | Reg Hrs Meal Penalty | 30.80 1.57 | | 223.30 11.38 234.68 | 234.68 | -5.00 | -14.55 -0.50 | -3.40 | | | 211.23 |

### Check Date: 6/16/2017

| 6/16/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 27.68 0.62 | 7.25 7.25 | 200.68 4.50 | 205.18 | -5.00 | -12.72 -0.50 | -2.98 | | | 183.98 05236 |
| TOTAL FOR : 6/16/2017  1 RECORDS | | | | 06/16/17 | Reg Hrs Meal Penalty | 27.68 0.62 | | 200.68 4.50 205.18 | 205.18 | -5.00 | -12.72 -0.50 | -2.98 | | | 183.98 |

### Check Date: 6/23/2017

| 6/23/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 32.58 2.52 | 7.25 7.25 | 236.21 18.27 | 254.48 | -5.00 | -15.78 -0.50 | -3.69 | | | 229.51 05599 |
| TOTAL FOR : 6/23/2017  1 RECORDS | | | | 06/23/17 | Reg Hrs Meal Penalty | 32.58 2.52 | | 236.21 18.27 254.48 | 254.48 | -5.00 | -15.78 -0.50 | -3.69 | | | 229.51 |

Page : 4 of : 12  
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:57:53 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net  
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque  
Los Colobos Area  
Carolina PR 00987-2502

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

**This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date**

### Check Date: 6/30/2017

| 6/30/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 32.72 0.72 | 7.25 7.25 | 237.22 5.22 | 242.44 | -5.00 | -15.03 -0.50 | -3.52 | | | 218.39 05951 |
| TOTAL FOR : 6/30/2017   1 RECORDS | | | | 06/30/17 | Reg Hrs Meal Penalty | 32.72 0.72 | | 237.22 5.22 242.44 | 242.44 | -5.00 | -15.03 -0.50 | -3.52 | | | 218.39 |

### Check Date: 7/7/2017

| 7/7/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Time and Half Meal Penalty | 33.05 0.63 2.12 | 7.25 10.88 7.25 | 239.61 6.85 15.37 | 261.83 | -5.00 | -16.23 -0.50 | -3.80 | | | 236.30 06303 |
| TOTAL FOR : 7/7/2017   1 RECORDS | | | | 07/07/17 | Reg Hrs Time and Half Meal Penalty | 33.05 0.63 2.12 | | 239.61 6.85 15.37 261.83 | 261.83 | -5.00 | -16.23 -0.50 | -3.80 | | | 236.30 |

### Check Date: 7/14/2017

| 7/14/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 26.40 0.27 | 7.25 7.25 | 191.40 1.96 | 193.36 | -5.00 | -11.99 -0.50 | -2.80 | | | 173.07 06648 |
| TOTAL FOR : 7/14/2017   1 RECORDS | | | | 07/14/17 | Reg Hrs Meal Penalty | 26.40 0.27 | | 191.40 1.96 193.36 | 193.36 | -5.00 | -11.99 -0.50 | -2.80 | | | 173.07 |

### Check Date: 7/21/2017

| 7/21/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 24.27 0.32 | 7.25 7.25 | 175.96 2.32 | 178.28 | -5.00 | -11.05 -0.50 | -2.59 | | | 159.14 07000 |

# FOT Investments LLC
655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

### Check Date: 7/21/2017

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL FOR : 7/21/2017  1 RECORDS | | | 07/21/17 | Reg Hrs | 24.27 | | 175.96 | 178.28 | -5.00 | -11.05 | -2.59 | | 159.14 |
| | | | | Meal Penalty | 0.32 | | 2.32 | | | -0.50 | | | |
| | | | | | | | 178.28 | | | | | | |

### Check Date: 7/28/2017

| 7/28/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 28.50 | 7.25 | 206.62 | 215.29 | -5.00 | -13.35 | -3.12 | | | 193.32 |
| | PO BOX 6341 | DRIVER | | | Time and Half | 0.45 | 10.88 | 4.90 | | | -0.50 | | | | 07344 |
| | Mayaguez PR 00681 | 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 | | | Meal Penalty | 0.52 | 7.25 | 3.77 | | | | | | | |
| TOTAL FOR : 7/28/2017  1 RECORDS | | | | 07/28/17 | Reg Hrs | 28.50 | | 206.62 | 215.29 | -5.00 | -13.35 | -3.12 | | | 193.32 |
| | | | | | Time and Half | 0.45 | | 4.90 | | | -0.50 | | | | |
| | | | | | Meal Penalty | 0.52 | | 3.77 | | | | | | | |
| | | | | | | | | 215.29 | | | | | | | |

### Check Date: 8/4/2017

| 8/4/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 24.22 | 7.25 | 175.59 | 187.70 | -5.00 | -11.64 | -2.72 | | | 167.84 |
| | PO BOX 6341 | DRIVER | | | Meal Penalty | 1.67 | 7.25 | 12.11 | | | -0.50 | | | | 07700 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 8/4/2017  1 RECORDS | | | | 08/04/17 | Reg Hrs | 24.22 | | 175.59 | 187.70 | -5.00 | -11.64 | -2.72 | | | 167.84 |
| | | | | | Meal Penalty | 1.67 | | 12.11 | | | -0.50 | | | | |
| | | | | | | | | 187.70 | | | | | | | |

### Check Date: 8/11/2017

| 8/11/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 31.15 | 7.25 | 225.84 | 234.18 | -5.00 | -14.52 | -3.40 | | | 210.76 |
| | PO BOX 6341 | DRIVER | | | Meal Penalty | 1.15 | 7.25 | 8.34 | | | -0.50 | | | | 08049 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 8/11/2017  1 RECORDS | | | | 08/11/17 | Reg Hrs | 31.15 | | 225.84 | 234.18 | -5.00 | -14.52 | -3.40 | | | 210.76 |
| | | | | | Meal Penalty | 1.15 | | 8.34 | | | -0.50 | | | | |
| | | | | | | | | 234.18 | | | | | | | |

### Check Date: 8/18/2017

| 8/18/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Page : 6 of : 12
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:57:57 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

## Check Date: 8/18/2017

| 8/18/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 35.12 2.33 | 7.25 7.25 | 254.62 16.89 | 271.51 | -5.00 | -16.83 -0.50 | -3.94 | | | 245.24 08403 |
| | TOTAL FOR : 8/18/2017  1 RECORDS | | | 08/18/17 | Reg Hrs Meal Penalty | 35.12 2.33 | | 254.62 16.89 271.51 | 271.51 | -5.00 | -16.83 -0.50 | -3.94 | | | 245.24 |

## Check Date: 8/25/2017

| 8/25/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 31.50 1.03 | 7.25 7.25 | 228.38 7.47 | 235.85 | -5.00 | -14.62 -0.50 | -3.42 | | | 212.31 08745 |
| | TOTAL FOR : 8/25/2017  1 RECORDS | | | 08/25/17 | Reg Hrs Meal Penalty | 31.50 1.03 | | 228.38 7.47 235.85 | 235.85 | -5.00 | -14.62 -0.50 | -3.42 | | | 212.31 |

## Check Date: 9/1/2017

| 9/1/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 32.40 0.13 | 7.25 7.25 | 234.90 0.94 | 235.84 | -5.00 | -14.62 -0.50 | -3.42 | | | 212.30 09035 |
| | TOTAL FOR : 9/1/2017  1 RECORDS | | | 09/01/17 | Reg Hrs Meal Penalty | 32.40 0.13 | | 234.90 0.94 235.84 | 235.84 | -5.00 | -14.62 -0.50 | -3.42 | | | 212.30 |

## Check Date: 9/8/2017

| 9/8/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Time and Half Meal Penalty | 32.30 0.45 0.73 | 7.25 10.88 7.25 | 234.17 4.90 5.29 | 244.36 | -5.00 | -15.15 -0.50 | -3.54 | | | 220.17 09359 |

Page : 7 of : 12
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:57:59 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

### Check Date: 9/8/2017

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL FOR : 9/8/2017   1 RECORDS | 09/08/17 | Reg Hrs | 32.30 | 234.17 | 244.36 | -5.00 | -15.15 | -3.54 | | | 220.17 |
| | | Time and Half | 0.45 | 4.90 | | | -0.50 | | | | |
| | | Meal Penalty | 0.73 | 5.29 | | | | | | | |
| | | | | 244.36 | | | | | | | |

### Check Date: 9/15/2017

| 9/15/2017 EMP ID   EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413   Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 31.88 | 7.25 | 231.13 | 231.27 | -5.00 | -14.34 | -3.35 | | | 208.08 |
| PO BOX 6341 | DRIVER | | | Meal Penalty | 0.02 | 7.25 | 0.14 | | | -0.50 | | | | 09743 |
| Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 9/15/2017   1 RECORDS | | | 09/15/17 | Reg Hrs | 31.88 | | 231.13 | 231.27 | -5.00 | -14.34 | -3.35 | | | 208.08 |
| | | | | Meal Penalty | 0.02 | | 0.14 | | | -0.50 | | | | |
| | | | | | | | 231.27 | | | | | | | |

### Check Date: 9/22/2017

| 9/22/2017 EMP ID   EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413   Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 36.77 | 7.25 | 266.58 | 277.67 | -5.00 | -17.22 | -4.03 | | | 250.92 |
| PO BOX 6341 | DRIVER | | | Meal Penalty | 1.53 | 7.25 | 11.09 | | | -0.50 | | | | 10124 |
| Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 9/22/2017   1 RECORDS | | | 09/22/17 | Reg Hrs | 36.77 | | 266.58 | 277.67 | -5.00 | -17.22 | -4.03 | | | 250.92 |
| | | | | Meal Penalty | 1.53 | | 11.09 | | | -0.50 | | | | |
| | | | | | | | 277.67 | | | | | | | |

### Check Date: 9/29/2017

| 9/29/2017 EMP ID   EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413   Matias Rosello Kevin O | Male | H | 1674 | Vac Hrs | 10.00 | 7.25 | 72.50 | 72.50 | -5.00 | -4.50 | -1.05 | | | 61.45 |
| PO BOX 6341 | DRIVER | | | | | | | | | -0.50 | | | | 10524 |
| Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 9/29/2017   1 RECORDS | | | 09/29/17 | Vac Hrs | 10.00 | | 72.50 | 72.50 | -5.00 | -4.50 | -1.05 | | | 61.45 |
| | | | | | | | 72.50 | | | -0.50 | | | | |

### Check Date: 10/3/2017

| 10/3/2017 EMP ID   EMPLOYEE NAME AND ADDRESS | Classification Social Security | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Page : 8 of : 12
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:58:01 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

## Check Date: 10/3/2017

| 10/3/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs | 3.64 | 7.25 | 26.39 | 26.39 | -5.00 | -1.64 -0.50 | -0.38 | | | 18.87 10632 |
| TOTAL FOR : 10/3/2017   1 RECORDS | | | | | 10/03/17 | Reg Hrs | 3.64 | | 26.39 26.39 | 26.39 | -5.00 | -1.64 -0.50 | -0.38 | | | 18.87 |

## Check Date: 10/6/2017

| 10/6/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs Meal Penalty | 20.89 2.00 | 7.25 7.25 | 151.45 14.50 | 165.95 | -5.00 | -10.29 -0.50 | -2.41 | | | 147.75 10849 |
| TOTAL FOR : 10/6/2017   1 RECORDS | | | | | 10/06/17 | Reg Hrs Meal Penalty | 20.89 2.00 | | 151.45 14.50 165.95 | 165.95 | -5.00 | -10.29 -0.50 | -2.41 | | | 147.75 |

## Check Date: 10/13/2017

| 10/13/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs Meal Penalty | 24.95 0.79 | 7.25 7.25 | 180.89 5.73 | 186.62 | -5.00 | -11.57 -0.50 | -2.71 | | | 166.84 10942 |
| TOTAL FOR : 10/13/2017   1 RECORDS | | | | | 10/13/17 | Reg Hrs Meal Penalty | 24.95 0.79 | | 180.89 5.73 186.62 | 186.62 | -5.00 | -11.57 -0.50 | -2.71 | | | 166.84 |

## Check Date: 10/20/2017

| 10/20/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs Meal Penalty | 30.20 1.56 | 7.25 7.25 | 218.95 11.31 | 230.26 | -5.00 | -14.28 -0.50 | -3.34 | | | 207.14 11344 |
| TOTAL FOR : 10/20/2017   1 RECORDS | | | | | 10/20/17 | Reg Hrs Meal Penalty | 30.20 1.56 | | 218.95 11.31 230.26 | 230.26 | -5.00 | -14.28 -0.50 | -3.34 | | | 207.14 |

Page : 9 of : 12
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:58:03 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

| Race | Description |
|------|-------------|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

### Check Date: 10/27/2017

| 10/27/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs | 19.50 | 7.25 | 141.38 | 141.38 | -5.00 | -8.77 -0.50 | -2.05 | | | 125.06 11800 |
| TOTAL FOR : 10/27/2017  1 RECORDS | | | | 10/27/17 | Reg Hrs | 19.50 | | 141.38 141.38 | 141.38 | -5.00 | -8.77 -0.50 | -2.05 | | | 125.06 |

### Check Date: 11/3/2017

| 11/3/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 26.73 2.40 | 7.25 7.25 | 193.79 17.40 | 211.19 | -5.00 | -13.09 -0.50 | -3.06 | | | 189.54 11887 |
| TOTAL FOR : 11/3/2017  1 RECORDS | | | | 11/03/17 | Reg Hrs Meal Penalty | 26.73 2.40 | | 193.79 17.40 211.19 | 211.19 | -5.00 | -13.09 -0.50 | -3.06 | | | 189.54 |

### Check Date: 11/10/2017

| 11/10/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 31.38 1.53 | 7.25 7.25 | 227.50 11.09 | 238.59 | -5.00 | -14.79 -0.50 | -3.46 | | | 214.84 12260 |
| TOTAL FOR : 11/10/2017  1 RECORDS | | | | 11/10/17 | Reg Hrs Meal Penalty | 31.38 1.53 | | 227.50 11.09 238.59 | 238.59 | -5.00 | -14.79 -0.50 | -3.46 | | | 214.84 |

### Check Date: 11/17/2017

| 11/17/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 27.42 2.30 | 7.25 7.25 | 198.80 16.67 | 215.47 | -5.00 | -13.36 -0.50 | -3.12 | | | 193.49 12600 |
| TOTAL FOR : 11/17/2017  1 RECORDS | | | | 11/17/17 | Reg Hrs Meal Penalty | 27.42 2.30 | | 198.80 16.67 215.47 | 215.47 | -5.00 | -13.36 -0.50 | -3.12 | | | 193.49 |

Page : 10 of : 12
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:58:06 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

### Check Date: 11/24/2017

| 11/24/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 29.67 1.80 | 7.25 7.25 | 215.11 13.05 | 228.16 | -5.00 | -14.15 -0.50 | -3.31 | | | 205.20 12935 |
| TOTAL FOR : 11/24/2017   1 RECORDS | | | | 11/24/17 | Reg Hrs Meal Penalty | 29.67 1.80 | | 215.11 13.05 228.16 | 228.16 | -5.00 | -14.15 -0.50 | -3.31 | | | 205.20 |

### Check Date: 12/1/2017

| 12/1/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Time and Half Meal Penalty | 33.52 0.63 2.83 | 7.25 10.88 7.25 | 243.02 6.85 20.52 | 270.39 | -5.00 | -16.76 -0.50 | -3.92 | | | 244.21 13338 |
| TOTAL FOR : 12/1/2017   1 RECORDS | | | | 12/01/17 | Reg Hrs Time and Half Meal Penalty | 33.52 0.63 2.83 | | 243.02 6.85 20.52 270.39 | 270.39 | -5.00 | -16.76 -0.50 | -3.92 | | | 244.21 |

### Check Date: 12/8/2017

| 12/8/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 33.15 1.17 | 7.25 7.25 | 240.34 8.48 | 248.82 | -5.00 | -15.43 -0.50 | -3.61 | | | 224.28 13708 |
| TOTAL FOR : 12/8/2017   1 RECORDS | | | | 12/08/17 | Reg Hrs Meal Penalty | 33.15 1.17 | | 240.34 8.48 248.82 | 248.82 | -5.00 | -15.43 -0.50 | -3.61 | | | 224.28 |

### Check Date: 12/15/2017

| 12/15/2017 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 33.02 2.18 | 7.25 7.25 | 239.40 15.81 | 255.21 | -5.00 | -15.82 -0.50 | -3.70 | | | 230.19 14102 |

Page : 11 of : 12
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:58:08 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

This report includes dates from : 1/1/2017 to : 12/31/2017 Using Check Date

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

### Check Date: 12/15/2017

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL FOR : 12/15/2017  1 RECORDS | 12/15/17 | Reg Hrs | 33.02 | 239.40 | 255.21 | -5.00 | -15.82 | -3.70 | 230.19 |
| | | Meal Penalty | 2.18 | 15.81 | | | -0.50 | | |
| | | | | 255.21 | | | | | |

### Check Date: 12/22/2017

| EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs Meal Penalty | 29.73 2.38 | 7.25 7.25 | 215.54 17.26 | 232.80 | -5.00 | -14.43 -0.50 | -3.38 | | | 209.49 14489 |
| TOTAL FOR : 12/22/2017  1 RECORDS | | | | | 12/22/17 | Reg Hrs Meal Penalty | 29.73 2.38 | | 215.54 17.26 232.80 | 232.80 | -5.00 | -14.43 -0.50 | -3.38 | | | 209.49 |

### Check Date: 12/29/2017

| EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | | 1674 | Reg Hrs Time and Half Meal Penalty | 33.02 0.93 3.12 | 7.25 10.88 7.25 | 239.40 10.12 22.62 | 272.14 | -5.00 | -16.87 -0.50 | -3.95 | | | 245.82 14873 |
| TOTAL FOR : 12/29/2017  1 RECORDS | | | | | 12/29/17 | Reg Hrs Time and Half Meal Penalty | 33.02 0.93 3.12 | | 239.40 10.12 22.62 272.14 | 272.14 | -5.00 | -16.87 -0.50 | -3.95 | | | 245.82 |

| TOTAL REPORT : 44 RECORDS | | | EARNING | HRS | AMT | GROSS PAY | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE:URSEMENT | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Reg Hrs Time and Half Meal Penalty Vac Hrs | 1,159.10 3.09 48.10 10.00 | 8,403.50 33.62 348.73 72.50 8,858.35 | 8,858.35 | -160.00 | -549.23 -22.00 | -128.48 | | 7998.64 |

Page : 12 of : 12
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 3:58:09 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net