# FOT Investments LLC
655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

**EXHIBIT 9**

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date

### Check Date: 1/4/2019

| 1/4/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male H DRIVER 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 | 1674 | Reg Hrs | 14.63 | 7.25 | 106.07 | 106.07 | -5.00 | -6.58 -0.50 | -1.54 | | | 92.45 35622 |
| TOTAL FOR : 1/4/2019   1 RECORDS | | | 01/04/19 | Reg Hrs | 14.63 | | 106.07 106.07 | 106.07 | -5.00 | -6.58 -0.50 | -1.54 | | | 92.45 |

### Check Date: 1/11/2019

| 1/11/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male H DRIVER 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 | 1674 | Reg Hrs | 17.17 | 7.25 | 124.48 | 124.48 | -5.00 | -7.72 -0.50 | -1.80 | | | 109.46 36064 |
| TOTAL FOR : 1/11/2019   1 RECORDS | | | 01/11/19 | Reg Hrs | 17.17 | | 124.48 124.48 | 124.48 | -5.00 | -7.72 -0.50 | -1.80 | | | 109.46 |

### Check Date: 1/18/2019

| 1/18/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male H DRIVER 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 | 1674 | Reg Hrs Meal Penalty | 19.33 0.95 | 7.25 7.25 | 140.14 6.89 | 147.03 | -5.00 | -9.12 -0.50 | -2.13 | | | 130.28 36501 |
| TOTAL FOR : 1/18/2019   1 RECORDS | | | 01/18/19 | Reg Hrs Meal Penalty | 19.33 0.95 | | 140.14 6.89 147.03 | 147.03 | -5.00 | -9.12 -0.50 | -2.13 | | | 130.28 |

### Check Date: 1/25/2019

| 1/25/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male H DRIVER 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 | 1674 | Reg Hrs Meal Penalty | 16.87 0.82 | 7.25 7.25 | 122.31 5.94 | 128.25 | -5.00 | -7.95 -0.50 | -1.86 | | | 112.94 36946 |
| TOTAL FOR : 1/25/2019   1 RECORDS | | | 01/25/19 | Reg Hrs Meal Penalty | 16.87 0.82 | | 122.31 5.94 128.25 | 128.25 | -5.00 | -7.95 -0.50 | -1.86 | | | 112.94 |

### Check Date: 2/1/2019

Page : 1 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:29:13 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

**This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date**

### Check Date: 2/1/2019

| 2/1/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 20.42 1.30 | 7.25 7.25 | 148.05 9.42 | 157.47 | -5.00 | -9.76 -0.50 | -2.28 | | | 139.93 37391 |
| TOTAL FOR : 2/1/2019  1 RECORDS | | | | 02/01/19 | Reg Hrs Meal Penalty | 20.42 1.30 | | 148.05 9.42 157.47 | 157.47 | -5.00 | -9.76 -0.50 | -2.28 | | | 139.93 |

### Check Date: 2/8/2019

| 2/8/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 22.82 0.35 | 7.25 7.25 | 165.44 2.54 | 167.98 | -5.00 | -10.41 -0.50 | -2.44 | | | 149.63 37841 |
| TOTAL FOR : 2/8/2019  1 RECORDS | | | | 02/08/19 | Reg Hrs Meal Penalty | 22.82 0.35 | | 165.44 2.54 167.98 | 167.98 | -5.00 | -10.41 -0.50 | -2.44 | | | 149.63 |

### Check Date: 2/15/2019

| 2/15/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs | 17.52 | 7.25 | 127.02 | 127.02 | -5.00 | -7.88 -0.50 | -1.84 | | | 111.80 00187 |
| TOTAL FOR : 2/15/2019  1 RECORDS | | | | 02/15/19 | Reg Hrs | 17.52 | | 127.02 127.02 | 127.02 | -5.00 | -7.88 -0.50 | -1.84 | | | 111.80 |

### Check Date: 2/22/2019

| 2/22/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs | 16.68 | 7.25 | 120.93 | 120.93 | -5.00 | -7.50 -0.50 | -1.75 | | | 106.18 00629 |
| TOTAL FOR : 2/22/2019  1 RECORDS | | | | 02/22/19 | Reg Hrs | 16.68 | | 120.93 120.93 | 120.93 | -5.00 | -7.50 -0.50 | -1.75 | | | 106.18 |

### Check Date: 3/1/2019

Page : 2 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:29:24 PM.

**Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net**
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

## Check Date: 3/1/2019

| 3/1/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 16.58 0.48 | 7.25 7.25 | 120.20 3.48 | 123.68 | -5.00 | -7.67 -0.50 | -1.79 | | | 108.72 01071 |
| TOTAL FOR : 3/1/2019   1 RECORDS | | | | 03/01/19 | Reg Hrs Meal Penalty | 16.58 0.48 | | 120.20 3.48 123.68 | 123.68 | -5.00 | -7.67 -0.50 | -1.79 | | | 108.72 |

## Check Date: 3/8/2019

| 3/8/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs Meal Penalty | 18.68 0.33 | 7.25 7.25 | 135.43 2.39 | 137.82 | -5.00 | -8.54 -0.50 | -2.00 | | | 121.78 01511 |
| TOTAL FOR : 3/8/2019   1 RECORDS | | | | 03/08/19 | Reg Hrs Meal Penalty | 18.68 0.33 | | 135.43 2.39 137.82 | 137.82 | -5.00 | -8.54 -0.50 | -2.00 | | | 121.78 |

## Check Date: 3/15/2019

| 3/15/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs | 16.32 | 7.25 | 118.32 | 118.32 | -5.00 | -7.34 -0.50 | -1.72 | | | 103.76 01970 |
| TOTAL FOR : 3/15/2019   1 RECORDS | | | | 03/15/19 | Reg Hrs | 16.32 | | 118.32 118.32 | 118.32 | -5.00 | -7.34 -0.50 | -1.72 | | | 103.76 |

## Check Date: 3/22/2019

| 3/22/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs | 17.93 | 7.25 | 129.99 | 129.99 | -5.00 | -8.06 -0.50 | -1.88 | | | 114.55 02421 |
| TOTAL FOR : 3/22/2019   1 RECORDS | | | | 03/22/19 | Reg Hrs | 17.93 | | 129.99 129.99 | 129.99 | -5.00 | -8.06 -0.50 | -1.88 | | | 114.55 |

## Check Date: 3/29/2019

Page : 3 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:29:34 PM.

**Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net**
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

**This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date**

### Check Date: 3/29/2019

| 3/29/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 16.28 | 7.25 | 118.03 | 151.96 | -5.00 | -9.42 -0.50 | -2.20 | | | 134.84 |
| | PO BOX 6341 | DRIVER | | 1677 | Reg Hrs | 4.23 | 7.25 | 30.67 | | | | | | | 02866 |
| | Mayaguez PR 00681 | 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 | | | Time and Half | 0.30 | 10.88 | 3.26 | | | | | | | |
| TOTAL FOR : 3/29/2019   1 RECORDS | | | | 03/29/19 | Reg Hrs | 20.51 | | 148.70 | 151.96 | -5.00 | -9.42 -0.50 | -2.20 | | | 134.84 |
| | | | | | Time and Half | 0.30 | | 3.26 | | | | | | | |
| | | | | | | | | 151.96 | | | | | | | |

### Check Date: 4/5/2019

| 4/5/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 14.70 | 7.25 | 106.57 | 147.75 | -5.00 | -9.16 -0.50 | -2.14 | | | 130.95 |
| | PO BOX 6341 | DRIVER | | 1677 | Reg Hrs | 5.68 | 7.25 | 41.18 | | | | | | | 03308 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 4/5/2019   1 RECORDS | | | | 04/05/19 | Reg Hrs | 20.38 | | 147.75 | 147.75 | -5.00 | -9.16 -0.50 | -2.14 | | | 130.95 |
| | | | | | | | | 147.75 | | | | | | | |

### Check Date: 4/12/2019

| 4/12/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 13.42 | 7.25 | 97.30 | 111.80 | -5.00 | -6.93 -0.50 | -1.62 | | | 97.75 |
| | PO BOX 6341 | DRIVER | | 1677 | Reg Hrs | 2.00 | 7.25 | 14.50 | | | | | | | 03746 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 4/12/2019   1 RECORDS | | | | 04/12/19 | Reg Hrs | 15.42 | | 111.80 | 111.80 | -5.00 | -6.93 -0.50 | -1.62 | | | 97.75 |
| | | | | | | | | 111.80 | | | | | | | |

### Check Date: 4/19/2019

| 4/19/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 16.72 | 7.25 | 121.22 | 164.14 | -5.00 | -10.18 -0.50 | -2.38 | | | 146.08 |
| | PO BOX 6341 | DRIVER | | 1677 | Reg Hrs | 5.92 | 7.25 | 42.92 | | | | | | | 04183 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 4/19/2019   1 RECORDS | | | | 04/19/19 | Reg Hrs | 22.64 | | 164.14 | 164.14 | -5.00 | -10.18 -0.50 | -2.38 | | | 146.08 |
| | | | | | | | | 164.14 | | | | | | | |

### Check Date: 4/26/2019

Page : 4 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:29:48 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

Case 3:19-cv-01307-SCC-BJM   Document 37-10   Filed 05/20/21   Page 5 of 11

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date

### Check Date: 4/26/2019

| 4/26/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 15.45 | 7.25 | 112.01 | 158.34 | -5.00 | -9.82 -0.50 | -2.30 | | | 140.72 |
| | PO BOX 6341 | DRIVER | | 1677 | Reg Hrs | 6.32 | 7.25 | 45.82 | | | | | | | 04617 |
| | Mayaguez PR 00681 | 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 | | | Meal Penalty | 0.07 | 7.25 | 0.51 | | | | | | | |
| TOTAL FOR : 4/26/2019   1 RECORDS | | | | 04/26/19 | Reg Hrs | 21.77 | | 157.83 | 158.34 | -5.00 | -9.82 -0.50 | -2.30 | | | 140.72 |
| | | | | | Meal Penalty | 0.07 | | 0.51 | | | | | | | |
| | | | | | | | | 158.34 | | | | | | | |

### Check Date: 5/3/2019

| 5/3/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 12.02 | 7.25 | 87.15 | 98.39 | -5.00 | -6.10 -0.50 | -1.43 | | | 85.36 |
| | PO BOX 6341 | DRIVER | | 1677 | Reg Hrs | 1.55 | 7.25 | 11.24 | | | | | | | 05047 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 5/3/2019   1 RECORDS | | | | 05/03/19 | Reg Hrs | 13.57 | | 98.39 | 98.39 | -5.00 | -6.10 -0.50 | -1.43 | | | 85.36 |
| | | | | | | | | 98.39 | | | | | | | |

### Check Date: 5/10/2019

| 5/10/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 18.10 | 7.25 | 131.23 | 152.76 | -5.00 | -9.47 -0.50 | -2.22 | | | 135.57 |
| | PO BOX 6341 | DRIVER | | | Meal Penalty | 0.40 | 7.25 | 2.90 | | | | | | | 05479 |
| | Mayaguez PR 00681 | 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 | | 1677 | Reg Hrs | 2.57 | 7.25 | 18.63 | | | | | | | |
| TOTAL FOR : 5/10/2019   1 RECORDS | | | | 05/10/19 | Reg Hrs | 20.67 | | 149.86 | 152.76 | -5.00 | -9.47 -0.50 | -2.22 | | | 135.57 |
| | | | | | Meal Penalty | 0.40 | | 2.90 | | | | | | | |
| | | | | | | | | 152.76 | | | | | | | |

### Check Date: 5/17/2019

| 5/17/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 13.08 | 7.25 | 94.83 | 136.15 | -5.00 | -8.44 -0.50 | -1.97 | | | 120.24 |
| | PO BOX 6341 | DRIVER | | 1677 | Reg Hrs | 5.53 | 7.25 | 40.09 | | | | | | | 05912 |
| | Mayaguez PR 00681 | 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 | | | Meal Penalty | 0.17 | 7.25 | 1.23 | | | | | | | |
| TOTAL FOR : 5/17/2019   1 RECORDS | | | | 05/17/19 | Reg Hrs | 18.61 | | 134.92 | 136.15 | -5.00 | -8.44 -0.50 | -1.97 | | | 120.24 |
| | | | | | Meal Penalty | 0.17 | | 1.23 | | | | | | | |
| | | | | | | | | 136.15 | | | | | | | |

Page : 5 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:30:01 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

**This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date**

### Check Date: 5/24/2019

| 5/24/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1674 | Reg Hrs | 17.38 | 7.25 | 126.00 | 147.03 | -5.00 | -9.12 | -2.13 | | | 130.28 |
| | PO BOX 6341 | DRIVER | | | 1677 | Reg Hrs | 2.90 | 7.25 | 21.03 | | | -0.50 | | | | 06340 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | | |
| TOTAL FOR : 5/24/2019   1 RECORDS | | | | | 05/24/19 | Reg Hrs | 20.28 | | 147.03 | 147.03 | -5.00 | -9.12 -0.50 | -2.13 | | | 130.28 |
| | | | | | | | | | 147.03 | | | | | | | |

### Check Date: 5/31/2019

| 5/31/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1674 | Reg Hrs | 8.78 | 7.25 | 63.65 | 81.27 | -5.00 | -5.04 | -1.18 | | | 69.55 |
| | PO BOX 6341 | DRIVER | | | 1677 | Reg Hrs | 2.43 | 7.25 | 17.62 | | | -0.50 | | | | 06772 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | | |
| TOTAL FOR : 5/31/2019   1 RECORDS | | | | | 05/31/19 | Reg Hrs | 11.21 | | 81.27 | 81.27 | -5.00 | -5.04 -0.50 | -1.18 | | | 69.55 |
| | | | | | | | | | 81.27 | | | | | | | |

### Check Date: 6/7/2019

| 6/7/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1674 | Reg Hrs | 12.97 | 7.25 | 94.03 | 142.60 | -5.00 | -8.84 | -2.07 | | | 126.19 |
| | PO BOX 6341 | DRIVER | | | 1677 | Reg Hrs | 6.70 | 7.25 | 48.57 | | | -0.50 | | | | 07198 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | | |
| TOTAL FOR : 6/7/2019   1 RECORDS | | | | | 06/07/19 | Reg Hrs | 19.67 | | 142.60 | 142.60 | -5.00 | -8.84 -0.50 | -2.07 | | | 126.19 |
| | | | | | | | | | 142.60 | | | | | | | |

### Check Date: 6/14/2019

| 6/14/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1674 | Reg Hrs | 17.65 | 7.25 | 127.96 | 127.96 | -5.00 | -7.93 | -1.86 | | | 112.67 |
| | PO BOX 6341 | DRIVER | | | | | | | | | | -0.50 | | | | 07629 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | | |
| TOTAL FOR : 6/14/2019   1 RECORDS | | | | | 06/14/19 | Reg Hrs | 17.65 | | 127.96 | 127.96 | -5.00 | -7.93 -0.50 | -1.86 | | | 112.67 |
| | | | | | | | | | 127.96 | | | | | | | |

### Check Date: 6/21/2019

Page : 6 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:30:15 PM.

**Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net**
**Copyright© 2005 Advanced Developers.Net**

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

**This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date**

### Check Date: 6/21/2019

| 6/21/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs | 17.02 | 7.25 | 123.40 | 123.40 | -5.00 | -7.65 -0.50 | -1.79 | | | 108.46 08048 |
| TOTAL FOR : 6/21/2019  1 RECORDS | | | | 06/21/19 | Reg Hrs | 17.02 | | 123.40 123.40 | 123.40 | -5.00 | -7.65 -0.50 | -1.79 | | | 108.46 |

### Check Date: 6/28/2019

| 6/28/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs | 8.65 | 7.25 | 62.71 | 62.71 | -5.00 | -3.89 -0.50 | -0.91 | | | 52.41 08466 |
| TOTAL FOR : 6/28/2019  1 RECORDS | | | | 06/28/19 | Reg Hrs | 8.65 | | 62.71 62.71 | 62.71 | -5.00 | -3.89 -0.50 | -0.91 | | | 52.41 |

### Check Date: 7/5/2019

| 7/5/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 | Reg Hrs | 12.82 | 7.25 | 92.94 | 92.94 | -5.00 | -5.76 -0.50 | -1.35 | | | 80.33 08889 |
| TOTAL FOR : 7/5/2019  1 RECORDS | | | | 07/05/19 | Reg Hrs | 12.82 | | 92.94 92.94 | 92.94 | -5.00 | -5.76 -0.50 | -1.35 | | | 80.33 |

### Check Date: 7/12/2019

| 7/12/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O PO BOX 6341 Mayaguez PR 00681 | Male DRIVER 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 | H | 1674 1677 | Reg Hrs Reg Hrs | 16.02 2.00 | 7.25 7.25 | 116.15 14.50 | 130.65 | -5.00 | -8.10 -0.50 | -1.89 | | | 115.16 09297 |
| TOTAL FOR : 7/12/2019  1 RECORDS | | | | 07/12/19 | Reg Hrs | 18.02 | | 130.65 130.65 | 130.65 | -5.00 | -8.10 -0.50 | -1.89 | | | 115.16 |

### Check Date: 7/19/2019

Page : 7 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:30:27 PM.

**Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net**
**Copyright© 2005 Advanced Developers.Net**

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

**This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date**

### Check Date: 7/19/2019

| 7/19/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1674 | Reg Hrs | 16.32 | 7.25 | 118.32 | 127.74 | -5.00 | -7.92 | -1.85 | | | 112.47 |
| | PO BOX 6341 | DRIVER | | | 1677 | Reg Hrs | 1.30 | 7.25 | 9.42 | | | -0.50 | | | | 09700 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | | |
| TOTAL FOR : 7/19/2019   1 RECORDS | | | | | 07/19/19 | Reg Hrs | 17.62 | | 127.74 | 127.74 | -5.00 | -7.92 | -1.85 | | | 112.47 |
| | | | | | | | | | 127.74 | | | -0.50 | | | | |

### Check Date: 7/26/2019

| 7/26/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1674 | Reg Hrs | 3.52 | 7.25 | 25.52 | 73.01 | -5.00 | -4.53 | -1.06 | | | 61.92 |
| | PO BOX 6341 | DRIVER | | | 1677 | Reg Hrs | 6.55 | 7.25 | 47.49 | | | -0.50 | | | | 10099 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | | |
| TOTAL FOR : 7/26/2019   1 RECORDS | | | | | 07/26/19 | Reg Hrs | 10.07 | | 73.01 | 73.01 | -5.00 | -4.53 | -1.06 | | | 61.92 |
| | | | | | | | | | 73.01 | | | -0.50 | | | | |

### Check Date: 8/2/2019

| 8/2/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1674 | Reg Hrs | 16.63 | 7.25 | 120.57 | 144.86 | -5.00 | -8.98 | -2.10 | | | 128.28 |
| | PO BOX 6341 | DRIVER | | | 1677 | Reg Hrs | 3.35 | 7.25 | 24.29 | | | -0.50 | | | | 10502 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | | |
| TOTAL FOR : 8/2/2019   1 RECORDS | | | | | 08/02/19 | Reg Hrs | 19.98 | | 144.86 | 144.86 | -5.00 | -8.98 | -2.10 | | | 128.28 |
| | | | | | | | | | 144.86 | | | -0.50 | | | | |

### Check Date: 8/9/2019

| 8/9/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1674 | Reg Hrs | 7.68 | 7.25 | 55.68 | 90.99 | -5.00 | -5.64 | -1.32 | | | 78.53 |
| | PO BOX 6341 | DRIVER | | | 1677 | Reg Hrs | 4.87 | 7.25 | 35.31 | | | -0.50 | | | | 10905 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | | |
| TOTAL FOR : 8/9/2019   1 RECORDS | | | | | 08/09/19 | Reg Hrs | 12.55 | | 90.99 | 90.99 | -5.00 | -5.64 | -1.32 | | | 78.53 |
| | | | | | | | | | 90.99 | | | -0.50 | | | | |

### Check Date: 8/16/2019

Page : 8 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:30:40 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

**This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date**

### Check Date: 8/16/2019

| 8/16/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 16.43 | 7.25 | 119.12 | 147.90 | -5.00 | -9.17 | -2.14 | | | 131.09 |
| | PO BOX 6341 | DRIVER | | 1677 | Reg Hrs | 3.82 | 7.25 | 27.69 | | | -0.50 | | | | 11311 |
| | Mayaguez PR 00681 | 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 | | | Meal Penalty | 0.15 | 7.25 | 1.09 | | | | | | | |
| TOTAL FOR : 8/16/2019  1 RECORDS | | | | 08/16/19 | Reg Hrs | 20.25 | | 146.81 | 147.90 | -5.00 | -9.17 | -2.14 | | | 131.09 |
| | | | | | Meal Penalty | 0.15 | | 1.09 | | | -0.50 | | | | |
| | | | | | | | | 147.90 | | | | | | | |

### Check Date: 8/23/2019

| 8/23/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 7.33 | 7.25 | 53.14 | 53.14 | -5.00 | -3.29 | -0.77 | | | 43.58 |
| | PO BOX 6341 | DRIVER | | | | | | | | | -0.50 | | | | 11718 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 8/23/2019  1 RECORDS | | | | 08/23/19 | Reg Hrs | 7.33 | | 53.14 | 53.14 | -5.00 | -3.29 | -0.77 | | | 43.58 |
| | | | | | | | | 53.14 | | | -0.50 | | | | |

### Check Date: 8/30/2019

| 8/30/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1674 | Reg Hrs | 13.90 | 7.25 | 100.77 | 162.03 | -5.00 | -10.05 | -2.35 | | | 144.13 |
| | PO BOX 6341 | DRIVER | | 1677 | Reg Hrs | 8.45 | 7.25 | 61.26 | | | -0.50 | | | | 12126 |
| | Mayaguez PR 00681 | 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 | | | | | | | | | | | | | |
| TOTAL FOR : 8/30/2019  1 RECORDS | | | | 08/30/19 | Reg Hrs | 22.35 | | 162.03 | 162.03 | -5.00 | -10.05 | -2.35 | | | 144.13 |
| | | | | | | | | 162.03 | | | -0.50 | | | | |

### Check Date: 9/6/2019

| 9/6/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | 1677 | Reg Hrs | 7.30 | 7.25 | 52.93 | 131.01 | -5.00 | -8.12 | -1.90 | | | 115.49 |
| | PO BOX 6341 | DRIVER | | | Meal Penalty | 0.17 | 7.25 | 1.23 | | | -0.50 | | | | 12572 |
| | Mayaguez PR 00681 | 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 | | 1694 | Reg Hrs | 10.60 | 7.25 | 76.85 | | | | | | | |
| TOTAL FOR : 9/6/2019  1 RECORDS | | | | 09/06/19 | Reg Hrs | 17.90 | | 129.78 | 131.01 | -5.00 | -8.12 | -1.90 | | | 115.49 |
| | | | | | Meal Penalty | 0.17 | | 1.23 | | | -0.50 | | | | |
| | | | | | | | | 131.01 | | | | | | | |

Page : 9 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:30:57 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC
655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

**This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date**

### Check Date: 9/13/2019

| 9/13/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1677 | Reg Hrs | 4.05 | 7.25 | 29.36 | 111.65 | -5.00 | -6.92 | -1.62 | | | 97.61 |
| | PO BOX 6341 | DRIVER | | | | Meal Penalty | 0.12 | 7.25 | 0.87 | | | -0.50 | | | | 12976 |
| | Mayaguez PR 00681 | 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 | | | 1694 | Reg Hrs | 11.23 | 7.25 | 81.42 | | | | | | | |
| TOTAL FOR : 9/13/2019   1 RECORDS | | | | | 09/13/19 | Reg Hrs | 15.28 | | 110.78 | 111.65 | -5.00 | -6.92 | -1.62 | | | 97.61 |
| | | | | | | Meal Penalty | 0.12 | | 0.87 | | | -0.50 | | | | |
| | | | | | | | | | 111.65 | | | | | | | |

### Check Date: 9/20/2019

| 9/20/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1677 | Reg Hrs | 8.78 | 7.25 | 63.65 | 191.83 | -5.00 | -11.89 | -2.78 | | | 171.66 |
| | PO BOX 6341 | DRIVER | | | | Meal Penalty | 0.15 | 7.25 | 1.09 | | | -0.50 | | | | 13377 |
| | Mayaguez PR 00681 | 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 | | | 1694 | Reg Hrs | 17.53 | 7.25 | 127.09 | | | | | | | |
| TOTAL FOR : 9/20/2019   1 RECORDS | | | | | 09/20/19 | Reg Hrs | 26.31 | | 190.74 | 191.83 | -5.00 | -11.89 | -2.78 | | | 171.66 |
| | | | | | | Meal Penalty | 0.15 | | 1.09 | | | -0.50 | | | | |
| | | | | | | | | | 191.83 | | | | | | | |

### Check Date: 9/27/2019

| 9/27/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1694 | Reg Hrs | 16.53 | 7.25 | 119.84 | 128.69 | -5.00 | -7.98 | -1.87 | | | 113.34 |
| | PO BOX 6341 | DRIVER | | | | Time and Half | 0.58 | 10.88 | 6.31 | | | -0.50 | | | | 13952 |
| | Mayaguez PR 00681 | 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 | | | | Meal Penalty | 0.35 | 7.25 | 2.54 | | | | | | | |
| TOTAL FOR : 9/27/2019   1 RECORDS | | | | | 09/27/19 | Reg Hrs | 16.53 | | 119.84 | 128.69 | -5.00 | -7.98 | -1.87 | | | 113.34 |
| | | | | | | Time and Half | 0.58 | | 6.31 | | | -0.50 | | | | |
| | | | | | | Meal Penalty | 0.35 | | 2.54 | | | | | | | |
| | | | | | | | | | 128.69 | | | | | | | |

### Check Date: 10/4/2019

| 10/4/2019 EMP ID | EMPLOYEE NAME AND ADDRESS | Classification Social Security | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX GASOLINE | SS CHOF EE | MED | DIS EE | IMBURSEME | NET CK NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40413 | Matias Rosello Kevin O | Male | H | | 1677 | Reg Hrs | 8.37 | 7.25 | 60.68 | 162.58 | -5.00 | -10.08 | -2.36 | | | 144.64 |
| | PO BOX 6341 | DRIVER | | | 1694 | Reg Hrs | 12.78 | 7.25 | 92.65 | | | -0.50 | | | | 14351 |
| | Mayaguez PR 00681 | 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 | | | | Time and Half | 0.85 | 10.88 | 9.25 | | | | | | | |

Page : 10 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:31:11 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net

# FOT Investments LLC

655 Marginal del Parque
Los Colobos Area
Carolina PR 00987-2502

**This report includes dates from : 1/1/2019 to : 12/31/2019 Using Check Date**

| Race | Description |
|---|---|
| AM | American Indian or Alaskan |
| AS | Asian or Pacific Islander |
| B | Black Not of Hispanic origin |
| H | Hispanic |
| N/A | Not Applicable |

### Check Date: 10/4/2019

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL FOR : 10/4/2019   1 RECORDS | 10/04/19 | Reg Hrs | 21.15 | | 153.33 | 162.58 | -5.00 | -10.08 | -2.36 | 144.64 |
| | | Time and Half | 0.85 | | 9.25 | | | -0.50 | | |
| | | | | | 162.58 | | | | | |

### Check Date: 10/11/2019

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2019 | | | | JOB | EARNING | HRS | RATE | AMT | GROSS | PRTAX | SS | MED | DIS EE  IMBURSEME  NET |
| EMP ID  EMPLOYEE NAME AND ADDRESS | Classification  Social Security | | | | | | | | | GASOLINE | CHOF EE | | CK NUM |
| 40413  Matias Rosello Kevin O | Male | H | | 1694 | Reg Hrs | 18.78 | 7.25 | 136.16 | 551.36 | -5.00 | -34.18 | -7.99 | 503.69 |
| PO BOX 6341 | DRIVER | | | | Meal Penalty | 0.02 | 7.25 | 0.14 | | | -0.50 | | 14741 |
| Mayaguez PR 00681 | 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 | | | | Vac Hrs | 57.25 | 7.25 | 415.06 | | | | | |
| TOTAL FOR : 10/11/2019   1 RECORDS | | | | 10/11/19 | Reg Hrs | 18.78 | | 136.16 | 551.36 | -5.00 | -34.18 | -7.99 | 503.69 |
| | | | | | Meal Penalty | 0.02 | | 0.14 | | | -0.50 | | |
| | | | | | Vac Hrs | 57.25 | | 415.06 | | | | | |
| | | | | | | | | 551.36 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL REPORT : 41 RECORDS | | EARNING | HRS | AMT | GROSS PAY | PRTAX | SS | MED | DIS EE:URSEMENT  NET |
| | | | | | | GASOLINE | CHOF EE | | |
| | | Reg Hrs | 719.94 | 5,219.54 | 5,695.68 | -205.00 | -353.13 | -82.58 | 5034.47 |
| | | Time and Half | 1.73 | 18.82 | | | -20.50 | | |
| | | Meal Penalty | 5.83 | 42.26 | | | | | |
| | | Vac Hrs | 57.25 | 415.06 | | | | | |
| | | | | 5,695.68 | | | | | |

Page : 11 of : 11
Printed by JDelRosario using DPR-ACC-LT01 at 3/20/2020 4:31:17 PM.

Reproduced by Advanced Developers.Net - Easy Payroll® || http://www.advdev.net
Copyright© 2005 Advanced Developers.Net