# EXHIBIT 10

## Consolidated Summary

| Team Member: | MARIA - Call Center PIZARRO | | 11674 Location | | | | Begin Date: End Date: | 2/27/2017 10/13/2019 |

| ID Number | Name | Hours | Total Pay | Labor Percentage | Delivered Amount | Coupon Amount | Mileage Amount | Mileage Adjustment | Total Mileage | Tips |
|---|---|---|---|---|---|---|---|---|---|---|
| 6009 | MATIAS ROSELLO, KEVIN OMAR | 3057.31 | $22,210.05 | 1.35% | $37,446.82 | $0.00 | $3,126.00 | $61.00 | $3,187.00 | $0.00 |

MGT01019U  © 2001 - 2019 Domino's Pulse  -  (Version 3.89 )   Monday, March 16, 2020   11:37 AM   Page 1