# EXHIBIT 11

## Consolidated Summary

Team Member:  MARIA - Call Center PIZARRO         11677 Location         Begin Date: 1/1/2018         End Date: 10/13/2019

### Team Member Summary

| ID Number | Name | Hours | Total Pay | Labor Percentage | Delivered Amount | Coupon Amount | Mileage Amount | Mileage Adjustment | Total Mileage | Tips |
|---|---|---|---|---|---|---|---|---|---|---|
| 6009 | MATIAS ROSELLO, KEVIN | 104.92 | $760.74 | 0.35% | $1,805.59 | $0.00 | $74.00 | $19.00 | $93.00 | $0.00 |

MGT01019U    © 2001 - 2019 Domino's Pulse   -   (Version 3.89 ) Monday, March 16, 2020    11:51 AM    Page    1