**EXHIBIT 12**

## Consolidated Summary

Team Member: MARIA - Call Center PIZARRO Bacon   11694 Location   Begin Date: 1/1/2018   End Date: 10/13/2019

**Team Member Summary**

| ID Number | Name | Hours | Total Pay | Labor Percentage | Delivered Amount | Coupon Amount | Mileage Amount | Mileage Adjustment | Total Mileage | Tips |
|---|---|---|---|---|---|---|---|---|---|---|
| 6009 | Matias, Kevin | 173.73 | $1,261.75 | 0.17% | $3,860.95 | $0.00 | $170.00 | $3.00 | $173.00 | $0.00 |

MGT01019U   © 2001 - 2019 Domino's Pulse  -  (Version 3.89 )   Monday, March 16, 2020   11:45 AM   Page   1