**Sonia Maldona**

From:                           Kevin Matias (rossello.matias @gmail.com]
Sent:                            Sunday, October 6, 2019 9:12 AM
To:                                 sonia@dominospr.com
Subject:                    Circular Letter

Dear Company and Management:

I write these lines to you to set forth my resignation from my job. These 3 years in your company have been very enriching for me and for that reason I will always be grateful for the trust you placed in me when you hired me.

The reason for my resignation is that I have found a job with similar characteristics, but in my place of residence, so I can be closer to my family, which is the most important thing I have.

Second reason is because of the lack of benefits that you can provide when registering your vehicle with the company as opposed to the chains in the United States.

With no other thoughts, I remain at your disposition for any questions.

Sincerely yours:

Kevin Omar Matias Roselló

Employee #: 40413

No. 2021-085  TRANSLATOR'S CERTIFICATE OF ACCURACY

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Two (2) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Thursday, May 20, 2021.

Lcda. Mayra Cardona
BA Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com