### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KEVIN OMAR MATÍAS-ROSELLÓ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL NO.:  3:19-cv-01307 (ADC) |
| Plaintiffs | FAIR LABOR STANDARDS ACT |
| v. | |
| EPOCH LLC; FOT INVESTMENTS LLC D/B/A DOMINO'S PIZZA; CLUTCH CONSULTING, LLC | JURY TRIAL DEMANDED |
| Defendants | |

### MOTION FOR TEN DAY EXTENSION TO
### OPPOSE MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE COURT:

COME NOW, Plaintiff KEVIN OMAR MATIAS-ROSELLO, through the undersigned attorneys, and very respectfully states and pray as follows:

1.      Defendants filed a motion for summary judgment on May 20, 2021. See docket 37.

2.      Plaintiff is completing up its opposition to defendants' Motion, but has had other professional commitments over the last two weeks and still needs to finalize the opposition with his client. The undersigned expects to complete this during the court of next week, and will finalize the opposition shortly thereafter (in all, ten days from now).

3.      In light of the above, plaintiff respectfully requests a final extension of ten days, to expire on June 21, 2021, to present its opposition. Plaintiff further submits this extension will not prejudice defendants.

WHEREFORE, plaintiff respectfully requests he be given ten more days, until June 21, 2021, to file his opposition to defendants' motion for summary judgment.

I HEREBY CERTIFY that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the attorneys of record.

In San Juan Puerto Rico, this 11th of June, 2021.

Respectfully submitted,

**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR  00936-1920
Tel: (888)760-1077
Fax: (305) 507-1920

*s/Francisco E. Colón-Ramírez*
**Francisco E. Colón-Ramírez**
BAR NO.:  210510
E-mail:  fecolon@colonramirez.com

&

KEITH ALTMAN
(admitted pro hac vice)
Excolo Law, PLLC
26700 Lahser Road, Suite 401
Southfield, MI  48033
(516)456-5885
kaltman@excololaw.com