IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

KEVIN OMAR MATÍAS-ROSSELLÓ,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

    Plaintiffs,

          v.

EPOCH LLC; FOT INVESTMENTS
LLC D/B/A/ DOMINO'S PIZZA; AND
CLUTCH CONSULTING, LLC,

    Defendants.

CIV. NO.: 19-1307 (SCC)

## JUDGMENT

In view of the Opinion and Order entered at Docket No. 65, the Court hereby:

- DISMISSES WITH PREJUDICE Counts I and II of the Complaint as to Plaintiff Matías-Roselló;
- DISMISSES WITHOUT PREJUDICE Count III of the Complaint as to Plaintiff Matías-Roselló;
- DISMISSES WITH PREJUDICE all claims against Epoch as to Plaintiff Matías-Roselló;
- DIMISSES WITHOUT PREJUDICE all claims against Clutch; and

- DISMISSES WITHOUT PREJUDICE all collective action and class action claims of the Complaint.

Each party to bear their own costs, attorney's fees and expenses.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of March, 2022.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE